

**EXHIBIT 1**

AL-SALIM CERTIFIED TRANSLATION

Membership No.: 25493 - C.R. 1010437977



خالد فهد السالم للترجمة المعتمدة

رقم العضوية : ٢٥٤٩٣ - س.ت : ١٠١٠٤٣٧٩٧٧

<div dir="rtl">

ثينك سي إس آي

# أمر شراء

ص. ب. رقم:  ٢٠١٣/٠٦/٩٢

التاريخ: ٢٤ يونيو ٢٠١٣م

إلى:    الفلك للتوزيع

عناية:  السيد/ أنطوني فيرنانديس

السيد/ أنطوني

بالإشارة إلى عرض أسعاركم الصادر بتاريخ ٢٣ يونيو ٢٠١٣م، مرجع (أكاديمية آي تي) تجدون أدناه أمر الشراء الخاص بنا.

| إجمالي السعر | الكمية | سعر الوحدة | وصف القطعة | رقم القطعة |
|---|---|---|---|---|
| ٧,٧٤٤,٠٠٠.٠٠ ريال سعودي | ١٠٠٠ | ٧,٧٤٤.٠٠ ريال سعودي | شهادات معتمدة- موقع مايكروسوفت أوفيس للشهادات المعتمدة (٥٠٠) | HST-00006 |
| ٧,٧٤٤,٠٠٠.٠٠ ريال سعودي | | | | إجمالي القيمة |

فقط سبعة مليون وسبعمائة أربعة وأربعين ألف ريال سعودي.

(ملحوظة: رخصة الموقع المذكورة أعلاه يمكن أن يتم استخدامها للحصول على أي امتحان مايكروسوفت أوفيس باللغتين الإنجليزية والعربية بما في ذلك مايكروسوفت أوفيس ٢٠١٠ فما فوق).

الشروط والأحكام:

- كل الأسعار بالريال السعودي.
- سيكون الدفع بنهاية أبريل ٢٠١٤م.
- التسليم خلال أسبوع واحد.

المدير العام

محمد الضبيعان (توقيع)                    (الختم الرسمي)

</div>

Membership No. 25493

Khaled Fahad Alsalim

<div dir="rtl">

ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي - تقاطع شارع الامير سلطان - تلفون : ٤٨٨٢١٩٨ ٠١١ - ٤٨٨٤٢٢٠ ٠١١

</div>



# PURCHASE ORDER

P.O No.  92/06/2013

Date : 24th June 2013

**To : Al-Falak Distribution**

**Attn.: Mr. Anthony Fernandes**

Dear Mr.  Anthony

With reference to your quotation Dated 23-June-2013 E.C Ref. (IT Academy)
Pls find below our Order.

| Part Number | Part Description | Unit Price | Qty | Ext. Total |
|---|---|---|---|---|
| H5T-00006 | CrtfctnAcdmcVL Fee MVL MOSCertSitePack (500) | 7,744,00 | 1000 | 7,744,000,00 |
| | | | | 7,744,000,00 |
| Total Value | | | | |

Only Seven Millions Seven hundred forty four Saudi Riyal

P.S. The site License mentioned above can be used To obtain any MOS exam with English & Arabic Languages including Mos 210 and above.

Terms and conditions :

- All prices are in Saudi Riyals
- Payment Will be by end of April 2014
- Delivery within One Week

General Manager

Mohammed AlDhabaan





ملتقى الخدمات المبتكرة

سجل تجاري:1010331357

Membership No.
25493





**EXHIBIT 2**

خالدفهد الســالم للــترجمة المعتمدة

رقم العضوية : ٢٥٤٩٣ - س.ت : ١٠١٠٤٣٧٩٧٧

AL-SALIM CERTIFIED TRANSLATION

Membership No.: 25493 - C.R. 1010437977

سيرتيبورت

١٧ فبراير ٢٠١٥م.

ثينك سي إس آي

المبنى ب، المكتب

الرياض – المملكة العربية السعودية

عناية: مصطفى قادوس

عزيزي/ مصطفى قادوس

نحن "سيرتيبورت" نرغب في التأكيد بأن ثينك سي إس آي قد حصلت على تأكيد الدخول بالنسبة إلى رخص موقع ١٠٠٠ إم أوه إس آي الذي يشتمل على ٥٠٠,٠٠٠ امتحان خاص بمايكروسوفت أوفيس متاحة للاستخدام بالنسبة للمؤسسة العامة للتدريب الفني والمهني بالمملكة العربية السعودية. تشتمل كل رخصة موقع على ٥٠٠ امتحان يتم تحديدها في الشاشة أدناه التي تم أخذها من بوابة الامتحان الإلكترونية. نرجو ملاحظة أن جميع رخص الموقع كانت متاحة في الموقع الإلكتروني منذ اليوم السادس والعاشرين من يونيو عام ٢٠١٣م.

مايكروسوفت                                          سيرتيبورت

_____

مرحباً بكم في بوابة إدارة باقة موقع شهادات مايكروسوفت المقدمة من قبل سيرتيبورت. سوف تساعدك البوابة الإلكترونية على إدارة أوامر باقة موقع سيرتيبورت التي تم شراؤها خلال اتفاقية شراء المجموعة الخاصة بك مع مايكروسوفت.

من أجل تفويض الدخول إلى إداري جديد من أجل إدارة مهمة باقة الموقع فإنك يجب أن تستخدم قائمة التفويض داخل هذه البوابة.

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع شارع الأمير سلطان – تلفون : ٤٨٨٢١٩٨ ٠١١ – ٤٨٨٤٢٢٠ ٠١١



AL-SALIM CERTIFIED TRANSLATION
Membership No.: 25493 - C.R. 1010437977

SCT

سالم للترجمة المعتمدة

رقم العضوية ، ٢٥٤٩٣ – س.ت : ١٠١٠٤٣٧٩٧٧

لتعيين باقة موقع أو الاطلاع على تفاصيل أمر رخصة مجموعة نرجو اختيار رقم الاتفاقية المطلوبة من القائمة المنسدلة أدناه، ويمكنك أن تختار أمر بالذهاب إلى صفحة تفاصيل الأمر .

من العرض الخاص بالتفاصيل يمكنك أن تطلع على باقات المواقع التي تم تعيينها وتقوم بتعيين أي باقات مواقع متاحة.

إدارة أمر رخصة جماعية

اختر اتفاقية رخصة جماعية

الاتفاقية = ٧٨٩٢٥٥٣   – المؤسسة العامة للتدريب الفني والمهني.

| | |
|---|---|
| جهة الاتصال بالخدمة على الإنترنت: | المهندس/ سامي الحسين. |
| اسم عميل مايكروسوفت: | المؤسسة العامة للتدريب الفني والمهني. |
| رقم اتصال الخدمات على الشبكة: | ٤٠٥٢٦٦٧   ١   ٩٦٦+ |
| البريد الإلكتروني للخدمات على الشبكة: | mounaim.makhtari@pearson.com |

| | تاريخ الأمر | رقم أمر الشراء | رقم أمر سيرتيبورت | تم شراؤه | متاح | استخدام امتحان | انتهاء |
|---|---|---|---|---|---|---|---|
| حدد | ٢٦ يونيو ٢٠١٣ | ٢٤٠٦١٣-تيك سي إس آي المؤسسة العامة للتدريب الفني والمهني | ٣٨١١٣٧ | ١٠٠٠ | ١٠٠٠ | ٠/٥٠٠٠٠ | ٣٠ يونيو ٢٠١٥م |



١١٤٩١ ... ٢١٤٢٧٤ – أخر. ١١٤٩١ – شارع التخصص – تقاطع شارع الأمير سلطان – تلفون: ٤٨٨٢١٩٨ ١١ . – ٤٨٨٤٢٢٠ ١١ .

... .... AL-SALIM CERTIFIED TRANSLATION

Membership No.: 25483 - C.R. 1010437977

SCT

خالد فهد السـالم للـترجمة المعتمدة

رقم العضوية : ٢٥٤٩٣ - س.ت : ١٠١٠٤٣٧٩٧٧

سيرتيبورت

٢٠ فبراير ٢٠١٥م

إلى القطاع العام ومجموعة ابتكار الخدمات في مايكروسوفت

في إطار مساندة برنامج المؤسسة العامة للتدريب الفني والمهني لتعزيز مهارات (تقنية المعلومات والاتصالات) داخل معاهد المؤسسة الرسمية ومع طلاب المؤسسة الرسميين في المملكة العربية السعودية خلال برنامج مايكروسوفت أوفيس للتعلم والشهادات المعتمدة تلتزم سيرتيبورت رسمياً بما يلي:

مع انتهاء رخص سيرتيبورت مايكروسوفت أوفيس الحالية التي يبلغ عددها ألف رخصة في ٣٠ يونيو ٢٠١٥م، ومع تجديد ٥٠٠ رخصة سيرتيبورت مايكروسوفت أوفيس جديدة في أو قبل تاريخ ٣٠ يونيو ٢٠١٥م سوف تقوم سيرتيبورت بتوفير رخص إضافية يصل إلى عدد الرخص التي لم يتم استخدامها قبل يوم ٣٠ يونيو ٢٠١٥م. هذا الأمر سوف يساعد المؤسسة العامة للتدريب الفني والمهني مرة أخرى في الحصول بشكل كامل على برنامج مايكروسوفت أوفيس للتعلم والشهادات المعتمدة داخل معاهد المؤسسة الرسمية ومع طلاب المؤسسة الرسميين. سوف تكون هذه الرخص الإضافية متاحة وسوف تكون نشطة بناءً على طلب من كل مؤسسة معينة تابعة للمؤسسة العامة للتدريب الفني والمهني من ٠١ يوليو ٢٠١٥م إلى ٣١ ديسمبر ٢٠١٥م.

من أجل مساندة التقديم المستمر لبرنامج مايكروسوفت أوفيس للتعلم والاعتماد إلى المؤسسات الرسمية التابعة للمؤسسة العامة للتدريب الفني والمهني ومع طلاب المؤسسة الرسميين تلتزم سيرتيبورت بتوفير مصادر توظيف وتقارير اعتماد استخدام لتسريع استخدام برنامج التعلم والشهادات المعتمدة الخاص بمايكروسوفت أوفيس. سوف تقوم سيرتيبورت فوراً بتحديد نقطة اتصال لهذه

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي تقاطع شارع الامير سلطان – تلفون : ٤٨٨٢١٩٨ ٠١١ – ٤٨٨٤٢٢٠ ٠١١
P.O.Box 4279 Riyadh 11491 - Takhassusi Street - Cross Prince Sultan Road - Tel. :011 4882198 - 011 4884220

AL-SALIM CERTIFIED TRANSLATION

Membership No.: 25493 - C.R. 1010437977

SCT

خالد فهد السسالم للـترجمة المعتمدة

رقم العضوية : ٢٥٤٩٣ - س.ت : ١٠١٠٤٣٧٩٧٧

المساندة وسوف تقوم بتلبية الطلب بالنسبة لرخص مايكروسوفت أوفيس الإضافية هذه من ١ يوليو ٢٠١٥م إلى ٣١ ديسمبر ٢٠١٥م.

مع التحية،

بريان جبه واتلي (توقيع)
ناب الرئيس، إي إم إي أيه للحسابات الاستراتيجية
سيرتيبيورت، بيرسون في يو إي بيزنيس



ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي - تقاطع شارع الامير سلطان - تلفون : ٤٨٨٢١٩٨ ١١٠ - ٤٨٨٤٢٢٠ ١١٠

P.O.Box 4279 Riyadh 11491 - Takhassusi Street - Cross Prince Sultan Road - Tel. :011 4882198 - 011 4884220



**CERTÏPORT**

Certiport, Inc.
1 'N Gaud, 1100 East, American Fork
Provo/Lindon UT 84770 USA

Telephone: 1 888 999 9830
Fax: 1 801 847 2599

www.certiport.com

17-February-2015

ThinkCSI
Building B, Office,
Riyadh,
Saudi Arabia
Attn: Mr. Mustapha Kados

Dear Mustapha Kadous,

We "Certiport" would like to confirm that **ThinkCSI** is ensured access to the VL portal **1000 MOS** site licenses that includes **500,000 MOS** exams available to use for **TVTC** (The technical and Vocational Training Corporation of the Kingdom of Saudi Arabia). Each site license consists of **500** exams as specified in the below screen capture taken directly from the exam portal. Please kindly note that all these site licenses were available in the portal since the *26th of June 2013.*

MANAGE ORDERS    DELEGATE



**Microsoft**    PROVIDED BY: **CERTÏPORT**

Welcome to the Microsoft Certification Site Pack Management Portal provided by Certiport. This portal will help you administer Certification Site Pack orders which have been purchased through your volume license agreement with Microsoft.

To delegate access to another administrator to manage Site Pack assignment, you will use the Delegate tab within this portal

To assign a site pack or view details of a volume license order, please select the desired agreement number from the dropdown menu below. Then, you may *Select* an order to go to the order detail page.

From the detail view, you will be able to view Site Packs which have been assigned and assign any available Site Packs.

**Volume License Order Management**

SELECT VOLUME LICENSE AGREEMENT

Agreement = 7892583 - Technical and Vocational Training Corporation (TVTC)



Membership No.
**28493**

| | | |
|---|---|---|
| Online Services Contact: | Eng. Sami Alhussayen | |
| Microsoft Customer Name: | Technical and Vocational Training Corporation (TVTC) | |
| Online Services Contact Phone: | +966 1 4052667 | |
| Online Services Contact Email: | Mounaim.Makhtari@Pearson.com | |

| | Order Date | PO Number | Certiport Order # | Purchased | Available | Exam Usage | Expiration |
|---|---|---|---|---|---|---|---|
| Select | Jun 26, 2013 | 240613-ThinkCSI-TVTCA | 381137 | 1000 | 1000 | 0 / 500000 | Jun 30, 2015 |

CERTIPORT, Inc.
1276 South 820 East, Certiport Plaza
American Fork, UT 84003 USA

1 888-999-9890
(801) 847-3100

www.certiport.com

To Microsoft Public Sector & Consortium of Services Innovation:

In support of TVTC's program to enhance ITC skills within TVTC official institutes and with TVTC official students in Saudi Arabia through the Microsoft Office learning and certification program, Certiport formally commits to the following:

With the expiration of the existing 1,000 Certiport MOS licenses on 30 June 2015, and with the renewal of at least 500 new Certiport MOS licenses on or before 30 June 2015, Certiport will provide additional licenses, up to the number of licenses which were not used prior to 30 June 2015. This will help TVTC gain full exposure of the Microsoft Office learning and certification program within TVTC official institutes and with TVTC official students. These additional licenses will be made available and will be active, based upon a request per specific TVTC institution, from 01 July 2015 to 31 December 2015.

To support the continuing rollout of the Microsoft Office learning and certification program to TVTC official institutes and with TVTC official students, Certiport also commits to make available additional deployment resources and certification usage reports to accelerate the use of the Microsoft Office learning and certification program. Certiport will immediately identify a point of contact for this support, and will fulfill the request for these additional MOS licenses, from 01 July 2015 to 31 December 2015.

Regards,

Bryan J. Whatley
Vice President, EMEA Strategic Accounts
Certiport, a Pearson VUE Business



Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

**EXHIBIT 3**

| | | | |
|---|---|---|---|
| من | : | أحمد عيسى | |
| تاريخ الإرسال | : | الثلاثاء ١٠ مارس ٢٠١٥    ٣:٥٨ م | |
| إلى | : | إف سي؛ آيمز الكروزي؛ نبيه حمزه | |
| نسخة إلى | : | رأفت حسين؛ دمل حميده؛ أنجلو فيرتانديز؛ انجلو فيرتانديز؛ احموني هيرتانديز؛ mkadous@thinkcsi.com | |
| | | نور الشدوي | |
| الموضوع | : | الرد على: مشروع MOS المؤسسة العامة للتدريب التقني والمهني | |

شكرا لكم فريق انفلت وفريق شركة ملتقى الخدمات المبتكرة (ThinkCSI).

نحن نعمل حاليا للحصول على الموافقة على ما يلي. توضيح:

سيكون لديك ١٠٠٠ ترخيص موقع حتى نهاية ديسمبر ٢٠١٥ وليس لمدة سنة واحدة، برجاء التأكد.

يخضع ذلك لطلب تجديد ٥٠٠ موقع قبل نهاية يونيه ٢٠١٥. يجب أن تكون التراخيص الجديدة سارية المفعول لمدة ١٨ شهر أو يكون لها مدة سريان تبدأ من ١ يناير ٢٠١٦. برجاء التأكد

مع التحية،
أحمد عيسى



Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي    تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٤-١٤-١٨-٠١١
P. O. Box 4279 - Riyadh 11491 - Takhassusi St - Intersection with Prince Sultan St - Masarra Commercial Center - Tel. 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

| | | |
|---|---|---|
| من | : | إف.سي fc@alfalak.com |
| تاريخ الإرسال | : | الثلاثاء ١٠ مارس ٢٠١٥     ٣:٣٦ م |
| إلى | : | أحمد عيسى؛ أيمن التكروري- ننه حمزه |
| نسخة إلى | : | إف.سي؛ رأفت حسين؛ باسل حميده؛ أنجو فيرناندبز؛ أنطوني فيرناندبز؛ |
| | | mkadous@thinkcsi.com؛ نور الشدوي |
| الموضوع | : | مشروع MOS المؤسسة العامة للتدريب التقني والمهني |
| التاريخ | : | ١٠ مارس ٢٠١٥      الوقت : ٣:٠١ م |
| إلى | : | ميكروسوفت العربية |
| عناية | : | فريق ميكروسوفت المختص بمشروع المؤسسة العامة للتدريب التقني والمهني |
| الموضوع | : | مشروع MOS المؤسسة العامة للتدريب التقني والمهني |

السادة فريق ميكروسوفت

إلحاقاً بالاجتماع الذي انعقد في مقر الفتك بتاريخ ١٠ مارس ٢٠١٥ والذي حضره السيد/ مصطفى قادوس/ شركة ملتقى لخدمات المبتكرة (ThinkCSI)

السيد/ أحمد عيسى \ ميكروسوفت (عبر الهاتف)

الآنسة / نور الشدوي \ الفتك
الآنسة / نور الشدوي \ الفتك
السيد/ باسل حميده \ الفتك
السيد/ رأفت حسين \ الفتك
السيد/ أنجو فيرناندبز \ الفتك



Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي - تقاطع الأمير سلطان بن عبد العزيز - مركز مسرة التجاري - هاتف: ٤٨٠١٤٠٤ ٠١١
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel. 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد السسالم للستر جمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

السيد/ أنطوني فيرنانديز \ الفت (آريكس)

لطلب اخر (شركة ملتقى الخدمت المبتكرة (ThinkCSI) والفت) بشكل مشترك أن تقر ميكروسوفت مدة سوين بزاخيص
١٠٠٠ موقع MOS الخدمة بطلب ThinkCSI رقم ٢٠١٣١٠٦١٩٢ بتاريخ ٢٤ يونيه ٢٠١٣ تمتد لا تقل عن ١١ شهر
من تاريخ اسنلام اذكواد واقرار شركة ملتقى الخدمت المبتكرة (ThinkCSI) وميكروسوفت.

بعد الحصول على التاكيد من ميكروسوفت بشره شركة ملتقى الخدمت المبتكرة (ThinkCSI) باقرار رصيد كشف الحساب
المقدم نهم من شركة الفت لترخيص الموقع MOS المذكورة اعلاه في البنو التالي. ان موضوع اقرار كشف الحساب أمر
هو جدا حتى لا يتم شطب الصفقة من قبل مراجعي حسابت الفت الخارجيين – كي.بي.ام.جي – الذين يعتبرون دنك
ان هذه الصفقة وهمية بسبب عدم وجود التاكيد.

هذا الموضوع حساس لتوقت بترجمة كبيرة ومطلوب من ميكروسوفت اتخذ اجراءات سريعة في موعد اقصاه ١٦ مارس
٢٠١٥.

مع اطيب التحيات.

١. اللجنة المالية للفت
٢. مصطفى فادوس من شركة ملتقى الخدمت المبتكرة (ThinkCSI)

مع التحية،

اللجنة المالية



شركة الفت شعدت والتجهيزات الالكترونية

بريد الكتروني: fc@altalac.com

ص.ب ٤٢٧٩ الرياض ١١٤٩١    شارع التخصصي - تقاطع الأمير سلطان بن عبد العزيز - مركز مسرة التجاري - هاتف- ٤٨٠١٤٠٤ ٠١١
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

From:        Ahmad Issa <Ahmad.Issa@microsoft.com>
Sent:        Tuesday, March 10, 2015 3:58 PM
To:          FC; Ayman Al-Takrori; Nabih Hamze
Cc:          Rafat Hussein; Basel Humaidah; Agnello Fernandez; Anthony Fernandes;
             mkadous@thinkCSI.com; Budoor Ashadawi
Subject:     RE: TVTC MOS Project

Thank you AlFalak and CSI team,

We are working on getting the approval of the below points to clarify

    the validity of 1,000 tile licenses was provided and all that has been reviewed by our team ...
    This is subject to a review internally with the necessary justifications and May 2015, following from Microsoft to be aware
    of the items to enable validity of the licenses during open TVTC. Please confirm.

Regards
Ahmad Issa

From: FC [mailto:fc@alfalak.com]
Sent: Tuesday, March 10, 2015 3:36 PM
To: Ahmad Issa; Ayman Al-Takrori; Nabih Hamze
Cc: FC; Rafat Hussein; Basel Humaidah; Agnello Fernandes; Anthony Fernandes; mkadous@thinkCSI.com; Budoor
Ashadawi
Subject: TVTC MOS Project

Date:        March 10, 2015              Time:    3:01 PM

To:          Microsoft Arabia
Attn:        MS Team handing TVTC Project

Sub:         TVTC MOS Project

Dear MS Team,
Further to the meeting held in AlFalak Office on March 10, 2015 attended by
Mr. Moustafa Kadous/ ThinkCSI
Mr. Ahmad Issa / Microsoft  (over phone)
Ms. Budoor Ashadawi / AlFalak
Ms. Noor Ashadawi / AlFalak
Mr. Basel Humaidah / AlFalak
Mr. Rafat Husain / AlFalak
Mr. Agnello Fernandes / AlFalak
Mr. Anthony Fernandes / AlFalak (Riyadh)



We hereby jointly (ThninCSI and AlFalak) request that Microsoft acknowledges the validity of the provided 1,000

MOS Site license under ThinkCSI order # 32/06/2013 dated 24th June 2013 For a period no less than 12 months from the date the codes are received and acknowledged by ThinkCSI from Microsoft.

After receiving the confirmation from Microsoft, ThinkCSI commits to acknowledging the statement of account balance provided to them by Alfalak Co. for the above mentioned MOS site license the following day. The acknowledgement of the statement is crucial so that the deal is not written-off by Falak's external auditors - KPMG- who are currently considering the above deal a "dummy deal" because of the absence of this confirmation.

This issue is very time sensitive and Microsoft's urgent action is requested by 16th March 2015 at the latest.

Best Regards

- Alfalak's Finance Committee
2. Moustafa Kadous from ThinkCSI

Best Regards

Alliance Committee

Alfalak Electronic Equipment & Supplies Co.
email: help@alfalak.com



Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد الســـالم للــترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

**EXHIBIT 4**

| | | |
|---|---|---|
| من | : | مصطفى قادوس (ThinkCSI) mkadous@thinkcsi.com |
| تاريخ الإرسال | : | الأحد، ١٥ مارس ٢٠١٥ ٤:١٨ م |
| إلى | : | أحمد عيسى؛ اف-سي؛ أيمن النكروري؛ نبيه حمزه |
| نسخة إلى | : | رأفت حسين؛ بنش حميده، أنجو فيريندير. أنضوني فيريندير - بدور الشدوي |
| الموضوع | : | الرد على: مشروع MOS المؤسسة العامة للتدريب التقني والمهني |

السادة الأعزاء،

لقد انعقد اجتماع لمجلس إدارتنا أمس وأعتقد أن نتائج الاجتماع كانت ايجابية للغاية وتصمن المصلحة لجميع الأطراف.

<u>فيما يلي قرارات مجلس الإدارة:</u>

- يحترم مجلس الإدارة الخطاب المشترك المرسل من الفلك وشركة ملتقى الخدمات المبتكرة (ThinkCSi)

  ○ مدة سريان الطلب الحالي لا تقل عن ١٢ شهر من تاريخ استلام طلب السماح بالدخول على تراخيص الكميات الحالية. نرجو التأكد من عدم حدوث مزيد من التأخيرات في تسليم المذكور للبدء في أعمال MOS في أقرب وقت ممكن.

  ○ تأكيد الرصيد المعلق للفلك خلال ٢٤ ساعة من تاريخ استلام ما ذكر أعلاه.

  ○ تتفق شركة ملتقى الخدمات المبتكرة (ThinkCSI) مع الفلك حول خطة السداد للطلبية الحالية من تاريخ استلام اكواد الدخول على تر خيص الكميات VLs المذكورة اعلاه.

- حيث أن لدينا عقد مع المؤسسة العامة للتدريب التقني والمهني مدته ٥ سنوات يسعدنا أن نلتزم بطلبية اخرى قبل نهاية يونيه ٢٠١٥ الى الفلك \ ميكروسوفت وهذا بما يلي:

  ○ يبدأ تاريخ السريان مباشرة بعد نهاية مدة سريان لطلبات الحالية كما هو موضح أعلاه.

  ○ تتفق شركة ملتقى الخدمات المبتكره (ThinkCSI) مع الفلك حول خطة السداد للطلبية الجديدة.

  ○ تبدأ خطة السداد من تاريخ سريان الطلب الجديد وتبدأ من تاريخ تفعيل التراخيص حسبما ذكر أعلاه.

ونقدر لكم شدة سرعة الإجراءات فيما ذكر أعلاه.

واخيرا بالنيابة عن مجلس إدارة شركة ملتقى الخدمات المبتكرة (ThinkCSI) نقدر علاقاتنا وشراكتنا مع الفلك ومع ميكروسوفت ونتطلع لأعمال مشتركة طويلة المدى ومثمرة معا.

وتفضلوا بقبول فائق الاحترام.



مصطفى قادوس
المدير التنفيذي

---

ص.ب ٤٢٧٩ الرياض ١١٤٩١    شارع التخصصي - تقاطع الأمير سلطان بن عبد العزيز - مركز مسرة التجاري - هاتف: ٤٨٠١٤٠٤ ٠١١

P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404

E-mail : sct48@hotmail.com    Website : www.sct408.com

**From:**       Moustafa Kadous (ThinkCSI) <mkadous@thinkcsi.com>
**Sent:**       Sunday, March 15, 2015 4:18 PM
**To:**         'Ahmad Issa'; 'FC'; 'Ayman Al-Takrori'; 'Nabih Hamze'
**Cc:**         'Rafat Hussein'; 'Basel Humaidah'; 'Agnello Fernandes'; 'Anthony Fernandes'; 'Budoor
                Ashadawi'
**Subject:**    RE: TVTC MOS Project

Dear All,

We had our board meeting yesterday and I believe the outcomes of the meeting regarding MOS project was very positive and ensure a win-win situation to all parties.

Hereunder are the board decisions:

- The board is honoring the joint letter sent from Al Falak & CSI ..
  - The validity of the current order is not less than 12 months from the date of receiving the access codes to the current Volume Licenses. Kindly ensure no further delay in delivering the above to commence MOS business ASAP.
  - Confirming Al Falak's outstanding balance within 24 Hrs from the date of receiving the above.
  - CSI to mutually agree with Al Falak about the payment plan for the current order from the date of receiving the access codes for the above ordered VLs.
- As we have 5 years contract with TVTC so we're happy to commit to another order before end of June 2015 to Al Falak / Microsoft subject to the following:
  - The validity date start directly after the end of the current order's validity as stated above.
  - CSI & Al Falak to mutually agree about the payment plan for the new order.
  - Payment plan to start from the validation date of the new order and start from the date of activating the licenses as mentioned above.

Your prompt action for the above will be highly appreciated.

Finally, on behalf CSI's board, we value the relations and partnerships with Al Falak & Microsoft and we are looking forward to long-term, mutual, and fruitful business together.

Sincerely,





**EXHIBIT 5**

| | | |
|---|---|---|
| من | : | مصطفى قدوس (عـ) mkadous@thinkcsi.com |
| تاريخ الإرسال | : | الأربعاء، ١٨ مارس ٢٠١٥      ٩:٢٣ ص |
| إلى | : | أحمد عيسى؛ إف-سي |
| نسخة إلى | : | mkadous@thinkcsi.com، رأفت حسين، بنت حميد، أنجلو فيرنانديز، أنطوني فيرنانديز، نبيه حمزة، بدور الشدوي، أيمن النكروري |
| الموضوع | : | الرد على: مشروع MOS المؤسسة العامة للتدريب التقني والمهني |

عزيزي أحمد،

رسالتك لم ترد بشكل إيجابي لا على الخطاب المرسل بشكل مشترك من الفنك وشركة ملتقى الخدمات المبتكرة (ThinkCSI) ولا على رسالة البريد الإلكتروني الداخلية التي تحوي قرارات مجلس الإدارة.

لا أريد أن أوخر تأكيد الفنك المعلق بتكرار الإرسال والرد ولكن حيث أن مجلس إدارتنا على علم بالأمر فإن أمامنا خيارين:

١- تقوم ميكروسوفت بتصحيح الأمر فيما أوردناه لكم في رسالتي البريد الإلكتروني الموضحتين أدناه
٢- سنقوم بالإقرار بصحة خطاب الفنك المعلق رهناً باستلام تراخيص الكميت VLs مع أكواد الوصول السارية المفعول لمدة سنة واحدة على الأقل تبدأ بمجرد أن نقوم بالاستلام والإقرار.

نكرر أنه لم يتم استلام أي شيء حتى الآن ينسب ما نطلبه ونحن نتحدث عن السريان وليس التمديد.

مع أطيب التحية،

مصطفى



ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٠١١ ٤٨٠١٤٠٤
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel. 011 4801404
E-mail : sct48@hotmail.com      Website : www.sct408.com


------------ الرسالة الأصلية ------------

| من | : | أحمد عيسى Ahmed.Issa@microsoft.com |
| التاريخ | : | ٢٠١٥/٠٣/١٨ ٢:٢٤ ص (بتوقيت جرينتش+٠٣:٠٠) |
| الى | : | مصطفى قدوس (ThinkCSI) mkadous@thinkcsi.com؛ اف.سي fc@alfalak.com |
| نسخة الى | : | رأفت حسين rafat_hussein@alfalak.com؛ باسل حميده |

basel_humaidah@alfalak.com؛ أنجلو فيرنانديز angello_fernandes@alfalak.com؛ أنطوني فيرنانديز
Anthony_fernandes@alfalak.com؛ نبيه حمزه nabihh@microsoft.com؛ بدور الشدوي
budoor_ashadawi@alfalak.com؛ أيمن التكروري aymant@microsoft.com

| الموضوع | : | الرد على: مشروع MOS المؤسسة العامة للتدريب التقني والمهني |

السادة الأعزاء،

مرفق لكم خطاب السماح بالدخول على الامتحانات حسب المناقشة مع شركة ملتقى الخدمات المبتكرة (ThinkCSI)

سيتم تمديد الطلبية الحالية الخاصة بـ ١٠٠٠ ترخيص موقع من ٣٠ يونيه ٢٠١٥ حتى ٣١ ديسمبر ٢٠١٥.

يخضع تمديد الامتحانات الى طلب تجديد من شركة ملتقى الخدمات المبتكرة (ThinkCSI) إلى الفلك بـ ٥٠٠ ترخيص
موقع يتم معالجته؛ قبل نهاية يونيه ٢٠١٥.

ستبدأ الطلبية الجديدة لترخيص ٥٠٠ موقع من ١ يناير ٢٠١٦ ويسري مفعولها حتى ٣١ ديسمبر ٢٠١٦.

أتمنى أن يحل ما ذكرته المشكلة لصالح جميع الأطراف وبخدم العلاقة طويلة المدى التي ننشدها جميعا.

مع أطيب التحيات.

أحمد عيسى
مدير المبيعات – قطاع التعليم
ميكروسوفت السعودية



ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي - تقاطع الأمير سلطان بن عبد العزيز - مركز مسرة التجاري - هاتف: ٤٨٠١٤٠٤ ٠١١

P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St - Masarra Commercial Center - Tel.: 011 4801404

E-mail : sct48@hotmail.com    Website : www.sct408.com

From:           Moustafa Kadous (Business) <mkadous@thinkcsi.com>
Sent:           Wednesday, March 18, 2015 9:23 AM
To:             Ahmad Issa; 'FC'
Cc:             mkadous@thinkcsi.com; 'Rafat Hussein'; 'Basel  Humaidah'; 'Agnello Fernandes';
                'Anthony Fernandes'; Nabih Hamze; 'Budoor Ashadawi'; Ayman Al-Takrori
Subject:        RE: TVTC MOS Project

Dear Ahmed,

Your email doesn't respond positively neither to the letter sent jointly from Al Falak and CSI nor to the following email
with our board decisions.

I won't like to delay Al Falak's outstanding confirmation by going back and force but as our board already in the picture,
so we have to options:
1- Microsoft to Correct the issue with what you got from us in the 2 email below
2- We will acknowledge  Al Falak outstanding letter subject to recieving the VLs with access codes valid for at least 1 year
of validity to start once recieved and acknowledged by us.

Again. ... nothing is recieved till now matching what we are requesting and we're talking about validity not extension.

Regards

Moustafa

-------- Original message --------
From: Ahmad Issa <Ahmad.Issa@microsoft.com>
Date:2015/03/18 2:24 AM (GMT+03:00)
To: "Moustafa Kadous (ThinkCSI)" <mkadous@thinkcsi.com>, 'FC' <fc@alfalak.com>
Cc: 'Rafat Hussein' <rafat_hussein@alfalak.com>, 'Basel Humaidah' <basel_humaidah@alfalak.com>, 'Agnello
Fernandes' <agnello_fernandes@alfalak.com>, 'Anthony Fernandes' <anthony_fernandes@alfalak.com>, Nabih Hamze
<nabihh@microsoft.com>, 'Budoor Ashadawi' <budoor_ashadawi@alfalak.com>, Ayman Al-Takrori
<aymant@microsoft.com>
Subject: RE: TVTC MOS Project

Dear All,

Attached the access letter to the exams as discussed with CSI.

The current order of 1000 site license will be extended from June 30th 2015 until Dec 31st 2015.

Exams extension is subject to a renewal order from CSI to Alfalak of 500 site license processed before end of June 2015.

The new order of 500 site license will start from Jan 1st 2016 and valid until Dec 31st 2016.



I hope this will close the issue for the best interest of all parties and serve the long term relationship we're all aiming for.

Regards,

**Ahmad Issa**
Sales Manager – Education Sector
Microsoft Saudi Arabia
| Phone: +966 (11) 218 8055 | Mobile: +966 (50) 467 1660 | email: ahmadissa@microsoft.com |





Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد السالم للترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

**EXHIBIT 6**

MOS ٢٠١٩/٠٢/٢٥

الرد على: مشروع MOS المؤسسة العامة للتدريب التقني والمهني

أحمد الشدوي ahmed_ashadawi@alfalak.com

الأربعاء ٢٠١٥/٣/٢٥    ٨:١٢ م

إلى    :    sanoman@microsoft.com

نسخة إلى:    إف.سي fc@alfalak.com؛ أنجيلو فيرناندز angello_fernandes@alfalak.com؛ إسلام مبارك
islam_moubarek@alfalak.com؛ أنطوني فيرناندز Anthony_fernandes@alfalak.com؛ بدور الشدوي
budoor_ashadawi@alfalak.com؛ nabihh@microsoft.com؛ Ahmad.Issa@microsoft.com؛
aymant@microsoft.com؛ أحمد بستامي، مصطفى قادوس

أنت قمت بإعادة توجيه هذه الرسالة بتاريخ ٢٠١٥/٠٣/٢٦    ١٢:٣٢ ص

عزيزي سمير،

بالإشارة إلى رسالتي السابقة المتعلقة بالموضوع والمرسلة إليك اليوم وإلى مكالمتنا الهاتفية أود فقط أن أوضح ما كنت
أعنيه عندما قلت أن هذه كانت صفقة خاصة بناء على طلب شخصي منكم. جاء ذلك بطريقة خاطئة ولم أقصد ذلك
المعنى. أنا أؤكد أنك لم تطلب مني أبداً أن أوافق على الصفقة كاستثناء بدون الحصول على كافة المستندات أو التصرف
بأي طريقة تخالف سياساتك أو سياساتنا أو أي ضوابط أخلاقية.

أعتذر إذا كان قد أساء فهم ذلك حيث لم ذلك المعنى هو المقصود وإنني أتطلع لمساعدتك ودعمك لحل هذه المشكلة
الهامة.



مع أطيب التحيات

أحمد الشدوي

ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي - تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجاري - هاتف: ٠١١ ٤٨٠١٤٠٤
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

خالد فهد الســــالم للــترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

في ٢٥ مارس ٢٠١٥ الساعة ٤:٥٩ م كتب أحمد الشدوي ahmed_ashadawi@alfalak.com:

عزيزي سمير،

أكتب إليك بصفتي الرئيس والمدير التنفيذي لشركة الفلك لأن فريقي قد استنفذ جميع الطرق المتاحة الممكنة منذ ٢٠١٣ لحل هذه المشكلة الخاصة بالدفعة المعلقة لمشروع MOS المؤسسة العامة للتدريب التقني والمهني بالتعاون مع شركة ملتقى الخدمات المبتكرة. لم يتم حل هذا الموضوع ونحن على الوشك الوصول إلى نهاية مارس ٢٠١٥.

إنني متأكد من أنكم تعلمون جيدا بشأن هذه الصفقة من فريقكم ومن الآنسة/ بدور الشدوي التي تواصلت معكم شخصياً في مناسبات عديدة.

أود أن أوضح بشدة أن هذا الأمر ليس مجرد تأخير في السداد ولكن رفض ملتقى الخدمات بالإقرار بالدين الذي عليها نحو افلك يضعنا في موقف حرج جداً مع مراجعينا الخارجيين (كي.بي.إم.جي) الذين يصرون على شطب مبلغ ٧.٧ مليون ريال بالكامل كجزء من مراجعتهم. وهذا بدوره يمنعهم من إصدار قوائمنا المالية المدققة ويمنع حصولنا على شهادة الزكاة المطلوبة والتي هي إلزامية ويجب حل الأمر فوراً.

لقد أرسلت لنا ملتقى الخدمات خطاب تأكيد دين يوم الخميس الماضي (١٩ مارس) مع ملحوظة تقول فيها أن ملتقى الخدمات لم تتلقى أي شيء حتى تاريخه من الفلك وأن الصفقة معلقة منذ ٢٠١٣. (البيان مرفق). هذا بالإضافة إلى أنه في مارس ٢٠١٤ أرسلت ملتقى الخدمات بيان مشابه إلى مراجعي حساباتنا الخارجيين كي.بي.إم.جي مباشرةً (مرفق الإيميل) وأن يكون أمام كي.بي.إم.جي خيار سوى أن تقوم بشطب الدين كله بسبب نقص المستندات المؤيدة لإثبات غير ذلك.

بصفة أساسية تلقينا بياناً غير صالح للاستخدام ولا يمكن تقديمه إلى مراجعينا الخارجيين لأنه سيعزز زعم كي.بي.إم.جي بأن هذه الصفقة وهمية ويجب شطبها. وسيتسبب ذلك أيضاً في مراجعة قوائمنا المالية لعام ٢٠١٣.

عزيزي سمير لقد اعتمدت هذه الصفقة بنفسي كصفقة خاصة بناء على طلب شخصي منكم ومن السيد/ الضبعان من ملتقى الخدمات كما تعلم.

Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع العزيز مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

SCT

خالد فهد السالم للترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

ومما فهمته أن السبب الوحيد في عدم سداد المبلغ إلينا هو زعم ملتقى الخدمات أن ميكروسوفت لم تحقق المهمة المطلوبة. وفي اجتماع مشترك بين الفلك وملتقى الخدمات وميكروسوفت في ١٠ مارس ٢٠١٥ أصرت ملتقى الخدمات على أن ميكروسوفت لم تسلم ما تم الاتفاق عليه في الوقت المحدد وطلبت التزام ميكروسوفت بمدة سريان الترخيص المعتادة وهي ١٢ شهر كمتطلب مسبق لتوقيع كشف حساب الفلك.

فضلاً عن ذلك وفي اجتماع سابق بين فريق ميكروسوفت والفلك بتاريخ ٧ ديسمبر ٢٠١٤ عبر لينك Lync تم الاتفاق على الإجراءات التالية ولكن لم يتحقق أي منها:

١– ستساعد ميكروسوفت الفلك في الحصول على كشف حساب موقع من ملتقى الخدمات نقر فيه بالدين. وحتىما يتم تعديله من مراجعنا الخارجي.

٢– ستحدد ميكروسوفت اجتماعا بين إدارة ملتقى الخدمات وبينكم كممثل لميكروسوفت وأنا كممثل للفلك لحل هذه المشكلة ولوضع خطة سداد معاً. وهذا أيضاً لم يتحقق بالرغم من المتابعة المستمرة من جانب فريق عملي لجدولة ذلك.

عزيزي سمير، كانت الفلك دائماً متعاونة وكانت شريكا ممتازا لميكروسوفت على مر السنوات. ولقد لبينا جميع احتياجات ميكروسوفت وأوفينا بجميع التزاماتنا المالية وغيرها في الوقت المناسب وبأقصى قدر من الاحترافية. لم يحدث في تاريخ علاقتنا أن أخرنا أو لم نسدد دفعة واحدة أو أي مستند مطلوب أو دعم مطلوب.

في الحقيقة لقد سددنا مبلغ ٤.٥ مليون دولار في ١٨ مارس ٢٠١٥ إلى ميكروسوفت بالرغم من كل ما ذكرناه أعلاه لأننا دائماً ملتزمون باحترام واجباتنا.

احترمت الفلك التزاماتها المالية نحو ميكروسوفت في ٢٠١٣ في هذه الصفقة بالكامل وبدون أي تأخير. وفي المقابل لم تستلم الفلك دفعة واحدة أو أي تعويض آخر من ملتقى الخدمات أو ومازلنا مسؤولين عن الرسوم المالية البنكية لمبلغ كبير (أكثر من ٧.٧ مليون ر.س.)



ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجاري – هاتف: ٠١١ ٤٨٠١٤٠٤
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

SCT

خالد فهد السالم للترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

وأقل ما يقال أن الفلك تعاني بدرجة كبيرة بسبب هذه الصفقة ونحن منزعجون بشدة.

السيد/ سمير، بالرغم من أن ميكروسوفت تزعم بشكل مستمر أن الفلك عميل مقدر لميكروسوفت لا أصدق أن يتم معاملة الفلك بهذه الطريقة.

ارى أن التعاون من جانب ميكروسوفت كان محدودا جداً والاستجابة كانت قليلة جداً من فريق ميكروسوفت. ونرى كذلك أنه لم يتم اتخاذ إجراء حقيقي حتى بعد العديد من الاجتماعات. وأقولها ببساطة بالرغم من جهودنا العديدة لم يتم تقدير أي من مخاوفنا أو معالجتها حتى الآن.

وقد نفد صبرنا ولم يعد لدينا استعداد لقبول أي تأخيرات من ميكروسوفت أو من ملتقى الخدمات ونطلب إجراءات سريعة لحل المشكلة التي أوضحناها بالتفصيل أعلاه.

نتطلع لردكم الإيجابي واتخاذكم إجراء سريع.

مع أطيب التحيات

أحمد الشدوي، الرئيس
شركة الفلك للمعدات والتجهيزات الإلكترونية.
ص. ب. ١٩٦٣
الخبر ٣١٩٥٢
السعودية
هاتف: ٨٨٢-٩٩٩٦ (١٣ ٩٦٦) تحويلة ١١١ \ ٨٨٧١٢٢٩ (مباشر)
فاكس ٨٨٢-٢١٥٦ (١٣ ٩٦٦)
بريد إلكتروني ahmed_ashadawi@alfalak.com
www.alfalak.com



ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجاري – هاتف: ٠١١ ٤٨٠١٤٠٤
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

2/25/2019                                                     Re: TVTC MOS Project

↪ Reply all | ∨       🗑 Delete    Junk | ∨     ...

Re: TVTC MOS Project

Ahmed Ashadawi <ahmed_ashadawi@alfalak.com>                    ↪ Reply all | ∨

Wed 3/25/2015 6:12 PM

○ sanoman@microsoft.com

Cc  FC <fc@alfalak.com>; Agnello Fernandes <agnello_fernandes@alfalak.com>;
    Islam Moubarek <islam_moubarek@alfalak.com>; Anthony Fernandes <anthony_fernandes@alfalak.com>;
    Budoor Ashadawi <budoor_ashadawi@alfalak.com>; nabihh@microsoft.com; Ahmad.Issa@microsoft.com;
    aymant@microsoft.com; Ahmed Bastami;    Moustafa Kadous

Inbox

You forwarded this message on 3/26/2015 12.32 AM

Dear Samir,

I refer to my previous email related to the subject matter sent to you today and to our phone conversation. I just wanted to clarify what I meant when I said that this was a "special deal" based on a personal request from you. This came out in a wrong way and I did not intend for it to mean as such. I confirm that you have never asked me to approve the deal as an exception without obtaining full documentation or to act in any such manner that will violate your or our policies or any ethical manners.

I apologize if this was understood in a wrong manner as it was not intended to mean as such and I'm looking forward for your help and assistance to resolve this important issue.

Best regards,

Ahmed Ashadawi
Sent from my iPhone

> On Mar 25, 2015, at 4:59 PM, Ahmed Ashadawi <ahmed_ashadawi@alfalak.com> wrote:
>
> Dear Samir,
>
> I am emailing you as the president and CEO of Alfalak because my team has exhausted all available means possible since 2013, to resolve the issue of pending payment for the TVTC MOS project in collaboration with ThinkCSI. This matter is still not resolved and we are approaching the end of March 2015.
>
> I am sure you are well informed about this deal from your team and from Ms. Budoor Ashadawi who personally reached out to you on multiple occasions.
>
> I want to make it very clear that the issue is not just the pending payment, but that ThinkCSI's refusal to acknowledge its debt to Alfalak is putting us in a very critical position with our external auditors (KPMG) who are insisting on writing off the entire SAR 7.7 million as part of their audit. This in turn, prohibits them from issuing our audited financial statements, and getting the required zakat certificate that is mandatory

https://outlook.office.com/owa/projection.aspx

1/3

2/25/2019                                            Re: TVTC MOS Project

↪ Reply all | ∨        🗑 Delete    Junk |    ⋯

resolved immediately.

>

> ThinkCSI sent us a debt confirmation letter last Thursday (March 19th) with a note stating that ThinkCSI did not receive anything to this date from Alfalak and that the deal has been outstanding since 2013. (Statement attached). This coupled with the fact that on March 2014 ThinkCSI sent our external auditors directly a similar statement (email attached), KPMG will have no choice but to write off all the debt, due to the lack of supporting documents to prove otherwise.

> Basically, we received an unusable statement that cannot be submitted to our external auditors because it will solidify KPMG's 2013 claim that this is a dummy deal that needs to be written off. This will also result in revising our 2013 financial statements.

>

> Dear Samir, I personally approved this deal as a "special deal" based on a personal request from you and from Mr. Aldhabaan from ThinkCSI as you are aware.

>

>

> From what I understand, the only reason we have not been paid yet, is because of the claim by ThinkCSI that Microsoft did not fulfill the required job. During a joint meeting between alfalak, ThinkCSI and Microsoft on March 10th 2015, ThinkCSI insisted that Microsoft did not deliver what was agreed upon on time, and requested that the 12 month usual license validly be honored by Microsoft as a prerequisite to signing Alfalak's statement of account.

>

>

> Furthermore, in a previous meeting between the Microsoft team and Alfalak on December 7th 2014 over Lync, the following action items were agreed upon but none of which have materialized:

>

>

> 1-    Microsoft will assist Alfalak in getting the statement of account signed by ThinkCSI, acknowledging their debt. As demanded by our external auditor.

>

> 2-    Microsoft will schedule a meeting between ThinkCSI's management, yourself representing Microsoft, and myself representing Alfalak to resolve this issue and to put together a payment plan. This too did not materialize despite my team's continuous follow up to get this scheduled.

>

>

> Dear Samir, Alfalak has been extremely cooperative and has been an excellent partner to Microsoft throughout the years. We have accommodated all of Microsoft's needs, and have fulfilled all of our financial and other obligation in a timely manner and with the outmost professionalism

> Never in the history of our relationship, have we delayed or missed a single payment, or any other required documentation or support requested.

>

>

> In fact, we just released a payment of $4.5 million on March 18th 2015 to Microsoft, despite all of the above, because we are always committed to honoring our obligations.

>

>

> Alfalak has honored its financial obligations towards Microsoft back in 2013 for this deal delays. In turn, Alfalak has not received a single payment or any other compensation fro

https://outlook.office.com/owa/projection.aspx

2/25/2019                                                          Re: TVTC MOS Project

↩ Reply all | ∨        🗑 Delete    Junk | ∨    •••

we continue to assume the bank's finance charges for a large sum (over SR. 7.7 Million)
>
> To put it mildly, Alfalak is seriously suffering because of this deal and we are extremely upset.
>
> Mr. Samir, although Microsoft continuously claims that Alfalak is a valued Microsoft partner, I do not believe that Alfalak has been treated as such.
> We believe that we have received very limited cooperation and very little response from the Microsoft team. We also believe that no real action has been taken even after several meetings. Simply put, despite our numerous efforts, none of our concerns have been acknowledged or addressed to this date.
>
> Our patience has run out, and we are no longer willing to accept any more delays from either Microsoft or ThinkCSI, and we require immediate action to resolve the issue that was described in great detail above.
>
> Looking forward to your favorable response and swift action.
>
>
> Best Regards
>
> Ahmed Ashadawi, President
> Al-Falak Electronic Equipment & Supplies Co.
> P.O. Box 1963
> Al-Khobar 31952
> Saudi Arabia
> Tel. (966 13) 882-9996 Ext. 111 / 8871229(Direct)
> Fax (966 13) 882-2156
> Email ahmed_ashadawi@alfalak.com<mailto:ahmed_ashadawi@alfalak.com>
> www.alfalak.com <http://www.alfalak.com>
>
> <AR CONFIRMATION.JPG>
> <AR CONFIRMATION P2.jpg>



https://outlook.office.com/owa/projection.aspx                                                    3/5

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

SCT

خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

**EXHIBIT 7**

| | | | |
|---|---|---|---|
| من | : | مصطفى قادوس | mkadous@thinkcsi.com |
| تاريخ الإرسال | : | الثلاثاء، ٠٥ مايو ٢٠١٥ | ١٢:٥٦ |
| إلى | : | صايمه عدني | |
| الموضوع | : | صفقة MOS | |

عزيزتي صايمه،

أشكرك على وقتك اليوم. لقد كان الاجتماع معك بناءً ومثمراً كالعادة.

خلال مكالمتنا تم مناقشة ما يلي والاتفاق عليه بين الطرفين.

• ستقوم ميكروسوفت بتحديث ٢٥٠ ألف (٥٠٠ ترخيص كميات) على الأقل لمدة سنة واحدة تنتهي في يونيه ٢٠١٦

حسب الوضع الحالي تم تحديث الطلب القائم لتراخيص الكميات وعددها ١٠٠٠ ترخيص موقع من قبل العام الماضي وتنتهي في ٣٠ يونيه ٢٠١٥، وطلبكم لتحديث ٢٥٠ ألف اختبار٥٠٠١ ترخيص موقع سيتم وضعه في الاعتبار فقط بالنسبة للطلب الجديد بعدد ٢٥٠ ألف اختبار٥٠٠١ ترخيص موقع في مايو ٢٠١٥.

قادوس: تمت الموافقة على ذلك بالفعل – في ضوء علاقتنا والأساس التجاري لاستثمار ميكروسوفت وليمر لأنه شرط.

طلبكم يعالج مسألة عملكم الحالي وهي أن المؤسسة العامة للتدريب التقني والمهني لديها الحاجة لاستهلاك ٩٠ ألف اختبار تقريباً بنهاية يونيه ٢٠١٥، ومع ذلك فلن تقبل بأن يكون الموعد النهائي للاختبار ٣٠ يونيه ٢٠١٥. وبالرغم من ذلك فأنتم تؤكدون أن حوالي ٩٠ ألف من ٢٥٠ ألف اختبار سيتم استهلاكها على المدى القريب أي بحلول يونيه ٢٠١٥. ويتم ترك ١٦٠ ألف اختبار ليتم استخدامها حتى ٣٠ يونيه ٢٠١٦.

Membership No.
25493
KHALED FAHAD AL SALIM FOR TRANSLATION

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٠١١ ٤٨٠١٤٠٤
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

SCT

خالد فهد الســــالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

قادوس: حسب المناقشة التي تمت عبر الهاتف فإن المؤسسة العامة للتدريب التقني والمهني لا تستطيع ولا نستطيع نحن

أن نجبر الطلاب على أخذ الاختبارات. وهذا هو السبب الرئيسي الذي جعل المؤسسة العامة للتدريب التقني والمهني

ترفض أخذ اختبراتها بمدة سريان أقل من سنة. فلنلتزم بتاريخ تحديث الاختبار. نحن لا نريد أن نجعل الأمر أكثر تعقيداً.

● يتم تقديم طلب جديد إلى ميكروسوفت مشابه للاختبارات المحدثة (٢٥٠) ألف

حسب المناقشة، لكي نعالج مشكلة العمل الحالي التي تواجهكم فيما يتعلق بتاريخ الانتهاء يجب أن يتم تقديم طلب جديد

بعدد ٢٥٠ ألف اختبار ١ ٥٠٠ ترخيص موقع في موعد لا يتجاوز نهاية الأسبوع القادم كما أكدتم.

قادوس: تمت الموافقة على ذلك بالفعل أعلاه. نحن نقوم حالياً بعمل طلب جديد آخر ليس لأن ذلك شرطاً. فكما ذكرت

أعلاه إنه لاعتبارات استثمار ميكروسوفت وعائدها الاستثماري.

اود فقط أن أركز على أن اتفاقيتنا المالية نحن (ملتقى الخدمات) مع المؤسسة العامة للتدريب التقني والمهني مدتها ٥

سنوات قابلة للتجديد. وهذا أكثر شيء نضعه في اعتبارنا للأعمال القادمة. وأتمنى من ميكروسوفت ذلك أيضاً.

● تاريخ انتهاء الطلب الجديد حتى نهاية ديسمبر ٢٠١٦ (مبدئياً قابل للتمديد حتى نهاية يونيه ٢٠١٧ إذا لم يتم

استهلاكه بالكامل قبل هذا الموعد)

إن التزام ديسمبر ٢٠١٦ هو بالفعل استثناء.. والتمديد حتى يونيه ٢٠١٧ غير ممكن. وحيث أننا اقتربنا من التاريخ فإنا

يسعدنا جداً أن نقوم بمراجعة العمل ومناقشة أي أمور غير متوقعة، ولكن في الوقت الراهن لا يمكننا تمديد تاريخ الانتهاء

لمدة سنة أخرى. فهذا سيعني أيضاً أنكم تحصلون على خصم ٥٠% على الطلب وهذا شيء غير ممكن.



ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي - تقاطع الأمير سلطان بن عبد العزيز - مركز مسرة التجاري - هاتف: ٠١١ ٤٨٠١٤٠٤
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

SCT

خالد فهد الســـــالم للــترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

قادوس: إن تقديم طلب جديد هو ما نفعله مع ميكروسوفت كضمان لالتزامنا العملي ولتلبية احتياجات أعمالكم. ومع ذلك فنحن لا نريد أن نكون مضغوطين بموعد الانتهاء والسداد في حين أننا لدينا ٢٥٠ ألف اختبار الذين ستقومون بتحديثهم لإستهلاكهم وسداد قيمة ٥٠٠ ألف!

وكما ذكرنا أعلاه نحن نوافق على عمل طلب اخر ولكن من أجل التسليم المتأخر \ الجزئي.

- يبدأ سداد رسوم الطلب من يناير ٢٠١٧ مع الموزع.

كما ذكرنا أعلاه: حسب سياسة وتوجيهات ميكروسوفت فإن جميع الجوانب المالية والمفاوضات حول الأسعار يجب أن يتم مناقشتها بين الشرك والموزع بدون مشاركة أو تدخل من ميكروسوفت. فعليكم مناقشة ذلك مع الموزع مباشرةً بدون مشاركة ميكروسوفت.

قادوس: نوافق على ذلك. إنه مشكلتنا وسنعالجها بطريقتنا مع الموزع.

أرجو إمهالي إلى نهاية اليوم أو كحد أقصى حتى صباح الغد لكي أؤكد مرة أخرى كل شيء بعد اجتماعي مع مجلس الإدارة. حيث يجب عليّ أن أوضح المر لهم وأحصل منهم على موافقة رسمية بحيث لا يحدث خلاف مرة أخرى.

حسبما ذكرت عبر الهاتف، يجب عليّ أن افعل نفس الشيء سن جانبنا حتى أتأكد أننا جميعاً متفقون حول كل ما ذُكر بما في ذلك إدارة الشؤون القانونية. نحن كفريق ميكروسوفت سنفعل كل ما بوسعنا لكي نتأكد من أنكم تحصلون على الدعم حالياً وتتقدمون نحو المستقبل. وكما ذكرت منذ البداية نحن بحاجة لتسليم الاختبارات وقصص نجاح الطلاب ثم

Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي - تقاطع الأمير سلطان بن عبد العزيز التجاري - هاتف: ٠١١ ٤٨٠١٤٠٤
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد الســـالم للــترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

بعد ذلك سيكون من السهل منح الاستثناءات. كلا الطرفين قد استثمر وقد حان الوقت لنحصل على المكافأة على عملنا الشاق.

• قادوس: أوافق. أود فقط أن أؤكد على ...

o بناءً على التوقعات الفعلية للمؤسسة العامة للتدريب التقني والمهني التي تمت مشاركتها من قبل مع أمير ومن المفترض أنها معروفة لفريقكم المحلي هنا على الأرض فإن المؤسسة العامة للتدريب التقني والمهني لديها ١٤٠ ألف طالب. يجب علينا أن نجتهد من كلا الجانبين من أجل: (١) ألا نخسر هذا العميل المحتمل جدا و(٢) ألا يتضرر أي طرف ماليا و(٣) المحافظة على كميات MOS وتسمينها بعدا في السعودية.

مع أطيب التحيات

مصطفى قادوس



ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

From: Moustafa Kadous [mailto:mkadous@thukesi.com]
Sent: Dienstag, 5. Mai 2015 12:56
To: Saima Adney
Subject: MOS Deal

Dear Saima,

First, thank you for your time today. The meeting with you was as usual constructive and productive.

During our call, the following has been discussed and mutually agreed.

- Microsoft to refresh at least 250K exams (500 VL) for 1 full year till end of June 2016

As it stands the existing VL order of 1000 site licenses has been refreshed once before i.e. last year and is expiring on June 30th 2015. Your request to refresh 250 K exams/500 site licenses would only be considered with a new order of 250K exams / 500 site licenses in May 2015.

Kadous: Already approved above considering a partnership and a business as look for Microsoft investment as deadline. It is conditional.

Your request addresses the current business issue you have, which is that TVTC has a need to consume approx. 90 K of exams by the end of June 2015, however will not accept an exam deadline of June 30 2015. Net, net you are making a commitment that approx. 50K of the 150 K exams will be consumed in the near term i.e. by June 2015.  Leaving 160 x exams to be utilized until June 30th 2013.

Kadous: As discussed over the phone, neither TVTC nor us can offer incentive to utilize the exams. For this main reason TVTC rejected to take their exams for less than a year of validity. Let's stick to the exam refreshing date. We agreed the exams will start with a refreshing.

- New order similar to the refreshed exams (250K) to be placed to Microsoft

As discussed, in order to address the current business issue you have with regards to the expiration date, the new order of 250 K exams / 500 site licenses would need to be placed no later than end of next week as you confirmed.

Kadous: Already approved above. We're making another order now, not because it is conditional. As explained above, is a consideration for Microsoft investment and ROI.
I would like also to highlight that our LTSC recommendation with TVTC stands at its own writer. This guarantee considers the most for upcoming business. Look after scott etc.

- The expiry for the new exams till end of December 2016 (Initially subject to further extension till June 2017 if not consumed fully by then)

The December 2016 commitment is an exception already. A June 2017 extension is not possible. As we get closer to the date, we are more than happy to review the business needs and discuss any unforeseen issues, but at this point in time can not extend the expiration to another year. Also, this would mean you are getting a 50% discount on the order, which is not possible.

Kadous: Placing a new order is what we give. So the main issue you solve for our business commitment able to satisfy your business needs. However, we won't be able to prevent the high expiry rate per exam that we have one year 250K exams that you will refresh to consume as you paying for 500K.

As mentioned above, we agree to make another order but for late / non VL delivery.

- The exact payment of the order fee to start from January 2017 with the Distributor



As already stated above. As per the Microsoft policy and guidelines, all related financial aspects and pricing negotiation have be discussed between the partner and distributor without Microsoft involvement/interference. You will have to discuss this with the distributor directly without Microsoft involvement.

Kadous: Agree. It is our issue and we will confirm in our order in two direction.

Please allow me till end of the day or maximum tomorrow morning to reconfirm everything after my board meeting. I have to clarify it to them and get their formal approval so no further confusion.

As I mentioned on the phone I have to do the same on our side to ensure we are all fully aligned with all involved and MS Legal in the loop.  As a Microsoft team we will do our best to ensure that you have the support now and moving into the future. As I have stated from the start, we need to deliver exams and student success stories and then exceptions are easier to grant.  Both sides have invested and it is time that we see a pay-off of our hard work.

- Kadous: Agree. I would have no issue on the whole if this is a clear approach. Exceptions and opportunities mean you must make items on long term. If we have 100 exceptions. We can't be work harder from both sides in order to fulfill these exceptions. Powerful customers will not have any exceptions and delay and later exceptions will be only made for a clear reference and good ones.

Regards

Moustafa Kadous



Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد الســـالم للـــتـرجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

**EXHIBIT 8**

| | |
|---|---|
| من | : سهام خربوش siham@microsoft.com |
| تاريخ الإرسال | : الأربعاء، ١٣ مايو ٢٠١٥     ٩:٠٢ م |
| إلى | : مصطفى قادوس؛ سهام عدني؛ مارك شايان؛ إيفيس خليل؛ أحمد عيسى |
| نسخة إلى | : أحمد بسطامي؛ عزام ظاظا |
| الموضوع | : الرد على: صفقة MOS |

عزيزي مصطفى\أحمد،

بناء على تعليقاتكم تجدون مرفقا الاعتماد النهائي من ميكروسوفت وسيرتيبورت للتأكيد النهائي بالبريد الإلكتروني:

ينتهي سريان ١٠٠٠ ترخيص MOS في ٣٠ يونيه ٢٠١٥. تم تمديد هذه التراخيص لمدة سنة من تاريخ انتهائها الأصلي وهو ٣٠ يونيه ٢٠١٤ ولا يمكن تمديدها أكثر من ذلك.

- يتم تقديم الطلب الجديد ٥٠٠ ترخيص على الأقل سيرتيبورت ٢٥٠\MOS ألف اختبار عن طريق ترخيص الكميات فورا في مايو.
- عند تقديم الطلب في مايو لعدد ٥٠٠ ترخيص كميات MOS جديد على الأقل ستقوم سيرتيبورت بتوفير اختبارات إضافية من خلال اختبار ترخيص موقع على التراخيص التي ستنتهي في ٣٠ يونيه ٢٠١٦.
- ستقوم سيرتيبورت بتسليم ما يصل إلى ٢٥٠٠٠٠ اختبار من خلال ٢٥٠ ترخيص موقع لتراخيص كميات MOS والذي سوف ينتهي في ٣٠ يونيه ٢٠١٦. هذه ٢٥٠ ترخيص موقع لتراخيص كميات MOS سيكون لها المخزون القياسي ٥٠٠ اختبار ولكن عند الحاجة سيتم رفعها لتصل إلى ٢٥٠٠٠٠ اختبار كحد أقصى تنتهي في ٣٠ يونيه ٢٠١٦.
- ستقوم سيرتيبورت في ١ يناير ٢٠١٦ بتسليم ما يصل إلى ٢٥٠٠٠٠ اختبار من خلال ٢٥٠ تراخيص موقع لتراخيص كميات MOS والتي ستنتهي في ٣١ ديسمبر ٢٠١٦. وهذه ٢٥٠ ترخيص موقع لتراخيص كميات MOS سيكون لها المخزون القياسي ٥٠٠ اختبار ولكن عند الحاجة سيتم رفعها لتصل إلى ٢٥٠٠٠٠ اختبار كحد أقصى تنتهي في ٣١ ديسمبر ٢٠١٦.

بخصوص تعليقكم أدناه بشأن التوضيح تجدون أدناه شرح مقدم من سيرتيبورت باللغة المذكورة أعلاه.

نشكركم لصبركم وتعاونكم المستمر.

تحياتي،
سهام خربوش
مدير مبيعات منطقة الشرق الأوسط وأفريقيا
خبرات تعلم ميكروسوفت





ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي - تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجاري - هاتف: ٤٨٠١٤٠٤ ٠١١
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

From: Siham Kharbouche <sihank@microsoft.com>
Sent: Wednesday, May 13, 2015 9:02 PM
To: Moustafa Kadous; Saima Adney; Mark Chaban; Yves Khalil; Ahmad Issa
Cc: Ahmed Bastami; Azzam Zaza
Subject: RE: MOS Deal

Dear Mustapha/Ahmad,

Based on your feedback, please find the final approval provided by Microsoft and Certiport for your final confirmation by email:

The current and active 1,000 MOS licenses expire on June 30, 2015. These licenses were extended one year from the original expiration of June 30 2014 and cannot be further extended.
* The new order of at least 500 Certiport MOS licenses/250K Exams to be placed via volume licensing immediately in May.
* With an order placement in May of at least 500 new MOS VL licenses, Certiport will provide additional exams through a site license exam refresh on licenses which will expire June 30th, 2016.
o Certiport will deliver up to 250,000 exams through 250 MOS VL site licenses, which will expire June 30th, 2016. These 250 MOS VL site licenses will have the standard 500 exam inventory, but where needed will be refreshed to provide up to a maximum of 250,000 exams expiring June 30, 2016.
o Certiport will deliver on January 1, 2016 up to 250,000 exams through 250 MOS VL site licenses, which will expire December 31, 2016. These 250 MOS VL site licenses will have the standard 500 exams inventory, but where needed will be refreshed to provide up to a maximum of 250,000 exams expiring December 31, 2016.

Regarding your comments below on the clarifications, please find below the explanation provided by Certiport to the above language.

Thank you for your patience and continuous collaboration.

Regards,

Siham Kharbouche
MEA Area Sales Manager          Office: +212 537 68 35 35
Microsoft Learning Experiences   Mobile: +212 660 155 265
Developer and Platform Evangelism   sihank@microsoft.com



**EXHIBIT 9**

AL-SALIM CERTIFIED TRANSLATION

Membership No.: 25493 - C.R. 1010437977



خالد هد الســـالم للـترجمة المعتمدة

رقم العضوية : ٢٥٤٩٣ – س.ت : ١٠١٠٤٣٧٩٧٧

الفلك للتوزيع

قسم من شركة الفلك للمعدات والتجهيزات الإلكترونية.

ص. ب. ٨٧٨٨١

الرياض ١١٦٥٢ المملكة العربية السعودية

هاتف رقم: ٤٦٢٥٧٦٦ فاكس رقم: ٤٦١١٥٥٦

| | |
|---|---|
| التاريخ: | ٢٠١٥/٠٥/١٤م. |
| إلى: | ثينك سي إس آي |
| عناية: | السيد/ مصطفى |
| هاتف: | |
| مرجعكم: | ١٤٠٥١٥–ثينك سي إس آي– المؤسسة العامة للتدريب الفني والمهني. |

| إجمالي السعر | الكمية | سعر الوحدة | الوصف | رقم القطعة |
|---|---|---|---|---|
| ٣,٨٧٢,٠٠٠.٠٠ ريال سعودي | ٥٠٠ | ٧,٤٤٠.٠٠ ريال سعودي | شهادات معتمدة– موقع مايكروسوفت أوفيس للشهادات المعتمدة (٥٠٠) | HST-00006 |
| ٣,٨٧٢,٠٠٠.٠٠ ريال سعودي | | | القيمة الإجمالي بالريال السعودي تسليم الناقلة بالرياض (قوب) | |

الشروط والأحكام العامة:

| | |
|---|---|
| الدفع | : ١٠٠% في أبريل ٢٠١٦م |
| التسليم | : سوف تحصل ثينك سي إس آي على تأكيد أمر إلكتروني من مايكروسوفت مباشرةً، وفاتورة فقط من الفلك. |
| فترة الصلاحية | : تخضع للتغيير بدون إشعار. |

Membership No. 25493

CERTIFIED TRANSLATION
25463 - C.R. 1010437977

خالد فهد السـالم للـترجمة المعتمدة

رقم العضوية : ٢٥٤٩٣ - س.ت : ١٠١٠٤٣٧٩٧٧

**الالتزام من الفلك:**

١) سوف نقوم بتنفيذ الطلب فوراً عند استلامنا لأمر شراء رسمي من ثينك سي إس آي.

٢) سوف تقوم الفلك بتوفير فاتورة فقط إلى ثينك سي إس آي، ولن يكون هنالك تسليم رخصة مقابل أمر الشراء الخاص بهم.

**الالتزام من ثينك سي إس آي:**

١) تأكيد الأمر من الفلك يعني أن ثينك سي إس آي قد وافقت على شروط الدفع أعلاه وأنها سوف تلتزم بدفعه في الوقت المناسب.

٢) تقوم ثينك سي إس آي بتوقيع وختم هذا العرض وإعادته مرة أخرى لنا مع أمر الشراء الرسمي الخاص بهم.

٣) الفلك لا تعتبر مسئولة عن أي التزام يتم القيام به من قبل مايكروسوفت، ويجب على سي إس آي عدم تأخير قبول الفاتورة أو الدفع لهذا السبب.

٤) لغرض التمويل الإضافي يجب على ثينك سي إس آي أن تقوم بإجراء معاملة مع إدارة الفلك بصورة مستقلة.

إذا كانت لديكم أي استفسارات نرجو عدم التردد في الاتصال به. نتطلع إلى استلام طلباتكم.

مع التحية،                                    تم الاستلام

أنطوني فيرنانديز                ثينك سي إس آي

مدير المنتج                        أحمد بسطامي

هاتف: ٦٦ ٥٧ ٤٦٢ ١ ٩٦٦+ تحويلة ٢٣٤٥        نائب رئيس تطوير الأعمال

فاكس: ٥٦ ١٥ ٤٦١ ١ ٩٦٦+        التوقيع والختم

هاتف جوال: ٠.٢٩٣٩٥٠٤ ٩٦٦+

٢٠١٥/٠٥/١٤م.



ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي ... شارع الأمير سلطان - تلفون : ...

Date

To          : ThinkCSI
Attn        : Mr. Moustafa
Tel

Your Ref.   140515-ThinkCSI-TVTC

Reference to your request for quotation, I have the pleasure to quote you our best prices and delivery below.

| Part Number | Description | Unit Price | Qty | Total SAR |
|---|---|---|---|---|
| H5T-00006 | CrtfctnAcdmcVL Fee MVL MOSCertSitePack(500) | 7,744.00 | 500.00 | 3,872,000.00 |
| | Total Value In SAR FOB Riyadh | | | 3,872,000.00 |

General Terms and Conditions

Payment     : 100% by April 2016
Delivery    : ThinkCSI will receive electronic order confirmation from Microsoft directly and only invoice from Al Falak
Validity    : Subject to change without notice

Commitment from Al Falak

1) We will immediately process the order once we receive an official PO from ThinkCSI
2) Al Falak will only provide an invoice to ThinkCSI and no license delivery against their PO

Commitment from ThinkCSI

1) Confirming the order to Al Falak means ThinkCSI have agreed to the above payment terms and that they commit to pay it on time.
2) ThinkCSI to sign and stamp this quotation and send it back to us along with their official PO.
3) AlFalak is not responsible for any commitment done by Micrsooft and CSI should not delay acceptance of the invoice or payment due to this reason
4) For additional Financing ThinkCSI should do a deal with Alfalak Management separately.

If you have any questions, please don't hesitate to contact me.  Looking forward to your valued order.

Best Regards,                                    Accepted

Anthony Fernandes                                ThinkCSI
Product Manager                                  Ahmed Batami
Tel  : +966 1 462 57 66 Ext 2345                 VP Business Development
Fax : +966 1 461 15 56                           Sign & Stamp
Mobile: +966 502939504

14.05.15

AL-FALAK BANK Account Details:

| AL-FALAK ELECTRONIC EQUIP. & SUPPLIES CO. | Account number: 166608010770774 | Swift Code: Rajhisar |
|---|---|---|
| Bank Name: Al Rajhi Bank | Branch: Olaya Street Branch, Riyadh | IBAN # SA3780000166608010770774 |

ملتقى الخدمات المبتكرة
سجل تجاري: 1010331357

Membership No.
25493

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

**EXHIBIT 10**

| | | |
|---|---|---|
| من | : | أنطوني فيرنانديز anthony_fernandes@alfalak.com |
| تاريخ الإرسال | : | الأربعاء ٢٠ مايو ٢٠١٥  ١٢:٢٠ م |
| إلى | : | مصطفى قادوس (شخصي)، ahmad.issa@microsoft.com |
| نسخة إلى | : | أحمد بسطامي |
| الموضوع | : | الرد على: تأكيد طلب المدرسة ٣ – رقم التسجيل ٧٤٧٠٧١٥ [~٨٧٥٤٦٢٥١:١~] |
| المرفقات | : | v-lomun v-olpik – 0000006791255-3 – إتفاقية المدرسة الجديدة للمؤسسة العامة للتدريب التقني والمهني CRM:00000238500004275 |

عزيزي مصطفى

مرفق تأكيد من ميكروسوفت يوضح أنهم قاموا بتغير بيانات الاتصال.

مع أطيب التحيات،

أنطوني



Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

| | | |
|---|---|---|
| من | : | مصطفى قادوس (شخصي) moustafa@kadousonline.com |
| تاريخ الإرسال | : | الأربعاء ٢٠ مايو ٢٠١٥ ٧:٣٧ ص |
| إلى | : | أنطوني فيرنانديز ‹ ahmad.issa@microsoft.com |
| نسخة إلى | : | أحمد بسطامي |
| الموضوع | : | إعادة توجيه: تأكيد طلب المدرسة ٣ – رقم التسجيل ٧٤٧٠٧١٥ [~٨٧٥٤٦٢٥١:١~] |

من هو إبراهيم الريس!!؟

ما علاقته بطلبنا؟

أريد رد رسمي وتصحيح لهذا الإيميل بحيث أكون أنا مسؤول الاتصال الرئيسي فقط دون وجود أي عناوين بريد إلكتروني

أخرى أو مسؤولي اتصال آخرين وإلا سيتم إلغاء هذا الطلب فوراً.



Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

-------- الرسالة الأصلية --------

| | | |
|---|---|---|
| من | : | خدمات ترخيص كميات ميكروسوفت msvlop@microsoft.com |
| التاريخ | : | ٢٠١٥/٠٥/٢٠ ص (توقيت جرينتش + ٠٣:٠٠) |
| إلى | : | alrayes@gotevot.edu.sa ·moustafa@kadousonline.com |
| نسخة إلى | : | moustafa@kadousonline.com ·abastami@thinkcsi.com |
| الموضوع | : | تأكيد طلب المدرسة ٣ — رقم التسجيل ٧٤٧٠٧١٥ [١:٨٧٥٤٦٢٥١~] |

إشعار تأكيد طلب المدرسة ٣ من ميكروسوفت 190515-TVTC-SCH

٢٠١٥/٠٥/١٩

مصطفى قادوس
المؤسسة العام للتدريب التقني والمهني
شارع عمر بن الخطاب
الرياض ١١٤٧٢
السعودية

عزيزي مصطفى قادوس

نشكرك على تقديم طلبك من خلال شريك القناة الخاص بك، بموجب تسجيلك في المدرسة ٣. يسرنا أن نبلغك أن ميكروسوفت قد استلمت وقبلت هذا الطلب لتراخيص البرامج والكميات على النحو المفصل في الجدول التالي.

برجاء الاطلاع على تسجيل المدرسة ٣ لمعرفة التزامات السداد الخاصة بك وتفاصيل حول إثبات ترخيصك. يمكن استرجاع تفاصيل الطلب عن طريق مركز خدمات ترخيص الكميات من خلال الرابط https://www.microsoft.com/licensing/servicecenter/.

ملخص اتفاقية ترخيص كميات ميكروسوفت

| | |
|---|---|
| إسم العميل | المؤسسة العامة للتدريب التقني والمهني |
| برنامج ترخيص الكميات | المدرسة ٣ |
| مسؤول الاتصال الرئيسي | إبراهيم الريس |
| مسؤول اتصال الإشعارات | مصطفى قادوس |
| مسؤول ضمان البرامج | مصطفى قادوس |
| شريك القناة | شركة ملتقى الخدمات المبتكرة Think CSI |
| رقم الاتفاقية | ٨١٦٦٤٣٦ |
| رقم التسجيل | ٧٤٧٠٧١٥ |
| تاريخ السريان | ٢٠١٥/٠٥/١٩ |
| تاريخ انتهاء السريان المتوقع | ٢٠١٨/٠٥/٣١ |

Membership No. 25493

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

SCT

خالد فهد السـالم للــترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

تفاصيل الطلب:

برجاء ملاحظة أن الاختصار STU تحت عنوان Offering يعني الطالب وإن الاختصار FAC يعني أعضاء هيئة التدريس والموظفين.

| رقم القطعة | بيان المنتج | الكمية المطلوبة* | مدة التغطية | العرض |
|---|---|---|---|---|
| H5t-00006 | CrtfctnAcdmcVL Free MVL MOSCertSitePack(500) | ٥٠٠ | لا ينطبق | أعضاء هيئة التدريس والموظفين |

* إذا تم ذكر كمية بالسالب في القسم الخاص بالكمية المطلوبة أدناه فإن هذا يعني أننا قمنا بتخفيض طلبك السابق إلى عدد التراخيص المذكور. برجاء الرجوع إلى VL SC للحصول على ملخص محدث لجميع تفاصيل تسجيل التراخيص الخاصة بك.

مفاتيح منتج ترخيص الكميات: إن مفاتيح منتج ترخيص الكميات الخاصة بك متاحة لك عند الدخول إلى الموقع الإلكتروني الخاص بخدمة ترخيص كميات ميكروسوفت والضغط على رابط "مفاتيح ترخيص الكمية".

مفتاح ترخيص الكمية. لكي تقوم بتثبيت منتجات مرخصة معينة ستحتاج إلى استخدام مفتاح ترخيص كميات. يصدر هذا المفتاح لشركتك لاستخدامك الحصري لكل شراء لترخيص محدد. يجب أن يتم استخدام المفاتيح مع وسائط ترخيص الكمية المناسبة. أنت توافق على بذل أقصى جهودك لحفظ سجل آمن لمفتاح هذا المنتج ويشمل ذلك عدم الإفصاح عن مفتاح المنتج هذا لأي طرف غير مصرح له. قد ترى مفاتيح ترخيص كميات لإصدارات سابقة للمنتج؛ إن هذا لدعم التخفيض من ترقية الحقوق بموجب اتفاقية الترخيص حيث يمكن للعملاء حيازة أحدث إصدار للمنتج واستخدام إصدار سابق.

في.إيه ١.٠ — تفعيل الكمية ١.٠ هي الجيل الأول من مفاتيح تراخيص الكميات. هذا المفتاح لا يحتاج تفعيل المنتج.

VA 2.0/MAK — تفعيل الكمية ٢.٠/مفتاح تفعيل متعدد: هذا المفتاح سيقوم بتفعيل ميكروسوفت ويندوز فيستا من خلال الإنترنت أو الهاتف؛ وله عدد محدود من التفعيلات المرتبطة بها. يمكن تفعيل الحاسبات الآلية على أساس فردي أو عن طريق حاسب آلي مركزي والذي يمكن أن يقوم بتفعيل عدة حاسبات آلية في وقت واحد. إذا كنت بحاجة إلى MAK برجاء الضغط على رابط طلب مفاتيح تفعيل متعددة.

في.إيه ٢.٠ — تفعيل الكمية ٢.٠/خدمة إدارة المفتاح: هذا المفتاح سيتم استخدامه لتمكين خدمة جديدة في بيئتك والتي ستقوم تلقائياً بتفعيل حاسبات ويندوز فيستا. يجب أن يكون لديك كحد أدنى ٢٥ حاسب ويندوز فيستا مرتبطة معاً لكي تستخدم KMS وجميع الحاسبات ستحتاج إلى التحقق مرة أخرى مع الخدمة المركزية مرتين في السنة لكي تظل مفعلة.

للمزيد من المعلومات عن مفاتيح ترخيص الكميات بما في ذلك معلومات إضافية عن الأنواع الرئيسية وأفضل الممارسات وخيارات النشر برجاء زيارة الرابط التالي:
http://www.microsoft.com/licensing/resources/vol/default.mspx.

Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجـ ٠١١
P.O.Box 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

**Khaled Fahad AL-SALIM CERTIFIED TRANSLATION**
C.R. 1010437977

**SCT**

خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

---

إذا كنت قد طلبت منتجات باللغة الروسية أو مررت بأي مشاكل مع مفاتيح المنتج الخاصة بك وترغب في الحصول على رقم هاتف مركز تفعيل ميكروسوفت المحلي برجاء زيارة الرابط التالي http://www.microsoft.com/licensing.

نود أن نشكرك مرة أخرى على تقديم طلبك مع ميكروسوفت. إذا كان لديك أي أسئلة برجاء الاتصال بشريك القناة الخاص بك والذي سوف يتواصل مع ميكروسوفت بالنيابة عنك.

وتفضلوا بقبول فائق الاحترام،
عمليات ترخيص الكميات
عمليات ميكروسوفت أيرلندا المحدودة

نسخة إلى: شركة ملتقى الخدمات المبتكرة Think CSI    المؤسسة العامة للتدريب التقني والمهني (TVTC)



---

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

## Ahmed Bastami

| | |
|---|---|
| **From:** | Anthony Fernandes <anthony_fernandes@alfalak.com> |
| **Sent:** | Wednesday, May 20, 2015 12:20 PM |
| **To:** | Moustafa Kadous (Personal); ahmad.issa@microsoft.com |
| **Cc:** | Ahmed Bastami |
| **Subject:** | RE: School 3 Order Confirmation - Enrollment Number 7470715{~87546251:1~} |
| **Attachments:** | 3-0000006791255 - v-lomun v-olpik - New school Agreement for TVTC CRM:00000238500004275 |

Dear Moustafa,
Attached is the confirmation from Microsoft stating they have changed the contact details.

Kind Regards

Anthony

**From:** Moustafa Kadous (Personal) [mailto:moustafa@kadousonline.com]
**Sent:** Wednesday, May 20, 2015 7:37 AM
**To:** Anthony Fernandes; ahmad.issa@microsoft.com
**Cc:** Ahmed Bastami
**Subject:** Fwd: School 3 Order Confirmation - Enrollment Number 7470715(~87546251:1~)

Who is Ibrahim Alrayes?!!
What is his relation with our order?
I need formal answer and correctrion to this email having me as the primary contact and no other addresses or conact or stop this order immediately.

-------- Original message --------
From: Microsoft Volume Licensing Services <msvlop@microsoft.com>
Date:2015/05/20 7:01 AM (GMT+03:00)
To: moustafa@kadousonline.com, alrayes@gotevot.edu.sa
Cc: abastami@thinkcsi.com, moustafa@kadousonline.com
Subject: School 3 Order Confirmation - Enrollment Number 7470715{~87546251:1~}

Microsoft School 3 Order Confirmation Notice 190513-TVTC-SCH

2015-05-19

Moustafa Kadous
Technical and Vocational Training Corporation (TVTC)
Omar bin alkhatab Street
Riyadh, 11472
Saudi Arabia

Dear Moustafa Kadous



1

Thank you for submitting your order, through your chosen Channel Partner, under your School 3 enrollment. We are pleased to inform you that Microsoft has received and accepted this order for the software licenses and quantities as detailed in the table below.

Please refer to your School 3 enrollment for your payment obligations and details on your evidence of license. Order details are retrievable via Volume Licensing Services Center (VLSC) at https://www.microsoft.com/licensing/servicecenter/.

**Microsoft Volume License Agreement Summary**

| | |
|---|---|
| Customer Name | Technical and Vocational Training Corporation (TVTC) |
| Volume Licensing Program | School 3 |
| Primary Contact | Ibrahim Alrayes |
| Notices Contact | Moustafa Kadous |
| Software Assurance Contact | Moustafa Kadous |
| Channel Partner | Think CSI |
| Agreement Number | 8166436 |
| Enrollment Number | 7470715 |
| Effective Date | 2015-05-19 |
| Expected Effective End Date | 2018-05-31 |

Order Details:

*Please note that STU under Offering denotes Student and FAC denotes Faculty & Staff*

| Part Number | Product Description | Quantity Ordered* | Coverage Period | Offering |
|---|---|---|---|---|
| H5t-00006 | CrtfctnAcdmeVL Fee MVL MOSCertSitePack(500) | 500 | NA - NA | FAC |

*\* If a minus quantity is stated in the Quantity Ordered sections below, this means that we have reduced your previous order by the number of licenses reflected. Please refer to VLSC for the updated summary of all your Licensing Enrollment details.*

**Volume Licensing Product Keys (VLKs):** Your VLKs are available to you when you log into the Microsoft Volume License Service (VLSC) web site and click on the "Volume License Keys" link.

Volume License Key (VLK). To install specific licensed products you will need to use a Volume License Key. This VLK is issued to your company for your exclusive use for each specific license purchase. VLKs must be used with the appropriate Volume License media. You agree to use your best efforts to keep a secure record of this product key including not disclosing this product key to any unauthorized third party. You may see VLKs for older product versions; this is to support

2

downgrade rights under the license agreement where customers can acquire the latest version of a product and use an older version.

VA 1.0 - Volume Activation 1.0 is the first generation of VLKs. This key bypasses product activation.

VA 2.0/MAK - Volume Activation 2.0/Multiple Activation Key: this key will activate Microsoft Windows Vista through the internet or telephone, and have a limited number of activations associated with them. Computers can be activated on an individual basis or by a central computer which can activate multiple computers at a time. If you require a MAK please click on the Request Multiple Activation Key(s) link.

VA 2.0/KMS - Volume Activation 2.0/Key Management Service: this key will be used to enable a new service in your environment that will automatically activate Windows Vista computers. You must have a minimum of 25 Windows Vista computers connected together to use the KMS, and all computers will be required to check back to the central service twice per year to stay activated.

For more information about Volume License Keys, including additional information on key types, best practices, and deployment options, go to:
http://www.microsoft.com/licensing/resources/vol/default.mspx.

If you have ordered Russian language products or experience any problems with your Product Keys and wish to obtain your local Microsoft Activation Center phone number, please go to http://www.microsoft.com/licensing.

Again, we would like to thank you for placing your order with Microsoft. If you have any questions, please contact your Channel Partner who will work with Microsoft on your behalf.

Yours sincerely,
Volume Licensing Operations
Microsoft Ireland Operations Limited

Cc: Think CSI Technical and Vocational Training Corporation (TVTC)



3

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

**EXHIBIT 11**

‫‫-------------- الرسـالة الأصلية --------------‬

| | | |
|---|---|---|
| من | : | خدمات ترخيص كميات ميكروسوفت msvlop@microsoft.com |
| التاريخ | : | ٢٢/٠٥/٢٠١٥ م ٣:٠٣ (توقيت جرينتش + ٠٣:٠٠) |
| إلى | : | moustafa@kadousonline.com ,moustafa@kadousonline.com |
| نسـخة إلى | : | moustafa@kadousonline.com, abastami@thinkcsi.com, |
| | | moustafa@kadousonline.com |
| الموضوع | : | خطـاب قبول ترحيب المدرسـة ٣ – رقم التسجيل ٧٤٧٠٧١٥ [-٨٧٦٤٥٢٣٣:١] |

٢٢/٠٥/٢٠١٥

مصطفى قادوس
المؤسـسة العـامة للتدريب التقني والمهني
شـارع عمر بن الخطـاب
الرياض ١١٤٧٢
السعودية



| | | |
|---|---|---|
| رقم اتفاقية العميل | : | ٨١٦٦٤٣٦ |
| رقم تسجيل العميل | : | ٧٤٧٠٧١٥ |

عزيزي مصطفى قادوس،

قبول تسجيل اشتراكك في مدرسة ميكروسوفت ٧٤٧٠٧١٥

نشكرك على اختيارك اتفاقية حرد ومدرسة ميكروسوفت (الاتفاقية) وعلى تسجيل الاشتراك في المدرسة (الاشتراك) لمؤسستك. نتمنى أن ترى أنه جـاء على القيمة مقابل المـل لإدارة احتيـاجـات مؤسستك من البرامج. بذاء على سجن فترة تسجيلك فإن تاريخ السريان الخاص بك هو ١٩/٠٥/٢٠١٥ وتاريخ الانتهاء المتوقع هو ٣١/٠٥/٢٠١٨.

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خـالد فهد السـالم للــترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

الغرض من هذا الخطاب هو إشعارك أن اتفاقيتك وتسجيلك قد تم قبولهما ومعالجتهما من قبل ميكروسوفت. تجد أدناه مقدمة موجزة عن الجوانب المختلفة لاتفاقيتك وتسجيلك، وكل منها مصمم لمساعدتك على إدارة تصاميم تراخيصك خلال فترة تسجيلك. برجاء الرجوع إلى ملخص دورة إشعارات ميكروسوفت للاطلاع على تفاصيل تسجيلك وعلى الشروط والأحكام.

**موقع مركز خدمة ترخيص كميات ميكروسوفت.** إن مركز خدمة ترخيص كميات ميكروسوفت هو عبارة عن أداة عبر الإنترنت تسهل عليك إدارة اتفاقيات برنامج ترخيص كميات ميكروسوفت وتحميل المنتجات المرخصة والدخول على مفاتيح ترخيص الكمية – كل ذلك في مكان واحد. يقدم المركز المزايا الرئيسية لإدارة البرامج المرخصة ومنها:

- **إعداد التقارير.** الاطلاع على التقارير الحالية والسابقة عبر البرامج والاتفاقيات والتي تشتمل على التواريخ الرئيسية وبيانات الاتصال وتأكيدات الطلبات وملخص لترخيصك.

- **تحميلات المنتج.** قم بتحميل البرامج من خلال واجهة مستخدم بسيطة وآمنة. فمركز خدمة ترخيص كميات ميكروسوفت يسهل عليك أن تجد المنتج المناسب حسب استحقاقات الترخيص الخاصة بك.

**مفاتيح منتج ترخيص الكميات** – لكي نضمن أن عملائنا يحصلون على المنتج الأصلي عالي الجودة الذي يتوقعونه قدمنا تقنية تفعيل المنتج في بعض برامج ميكروسوفت. ومن أجل تثبيت هذه المنتجات ستكون بحاجة لمفاتيح منتج ترخيص الكميات. يتم إصدار هذه المفاتيح لمؤسستك لاستخدامك الحصري. وهذه المفاتيح الخاصة بك متاحة لك عندما تدخل على موقع مركز خدمة ترخيص كميات ميكروسوفت وتضغط على رابط "مفاتيح ترخيص الكميات".

**الاشتراك في دريم سبارك DreamSpark** – من خلال هذا التسجيل سيكون من حقك الحصول على اشتراك مجاني في دريم سبارك يمكن استخدامه لغرض تعليمي فقط عبر مؤسستك. يمكنك دريم سبارك من تجهيز مختبراتك أو فصولك الدراسية بأحدث أداة مطور وأداة تصميم وأداة خادم من ميكروسوفت لكي تدعم التعلم الشخصي أو التعلم داخل الفصل الدراسي لطلابك ومعلميك. يمكن استخدام البرامج التي يتم الحصول عليها من خلال الاشتراك في دريم سبارك للأغراض التعليمية فقط ولا يجوز استخدامها لأغراض تجارية أو لأغراض إنتاجية للمؤسسة. لتفعيل عضويتك المجانية برجاء الذهاب إلى: http://www.dreamspark.com/Institution/Subscription.aspx وقم بإدخال الرمز الترويجي EMSA3 عندما يُطلب منك الرمز الترويجي. هذا الرمز الترويجي يخول مؤسستك لمستوى اشتراك دريم سبارك (تقديم البرامج الإلكترونية) مجاناً.

Membership No. 25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٠١١ ٤٨٠١٤٠٤
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com



Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

خالد فهد السالم للترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

---

إن تأهيل دوائر التعليم العالي ذات التركيز المحوري على العلوم أو التقنية أو الهندسة أو الرياضيات قد يؤهل أيضاً لـ دريم سبارك الممتاز، وهو اشتراك عبر الإنترنت يقدم قائمة أكثر شمولية لأدوات المطور للاستخدام التعليمي. إذا كنت من الجهات المتخصصة في العلوم أو التقنية أو الهندسة أو الرياضيات في مؤسسة تعليم عالي يمكنك تفعيل عضويتك المجانية بالذهاب إلى http://www.dreamspark.com/Institution/Subscription.aspx وإدخال الرمز الترويجي DSPESA3. هذا الرمز الترويجي يخول جهتك المتخصصة في العلوم أو التقنية أو الهندسة أو الرياضيات بمستوى الاشتراك في دريم سبارك الممتاز مجاناً.

**ضمان البرامج** – إن ضمان البرامج يسهل على مؤسستك توفير إمكانية دخول أعضاء هيئة التدريس والموظفين إلى برامج وتكريب ودعم ميكروسوفت مع تبسيط عمليات المشتريات وحفظ السجلات. لاستعراض مزايا ضمان برامج مؤسستك يمكنك الدخول بكل بساطة إلى مركز خدمات ترخيص الكميات حيث يتم عرض تفاصيل عن المزايا الخاصة بك، برجاء العلم بأنه لكي تستفيد من مزاياك يجب عليك تفعيل استحقاقات ضمان الجودة الفردية عبر الإنترنت عن طريق مركز خدمة ترخيص الكميات.

**الخدمات عبر الإنترنت** – الخدمات عبر الإنترنت عبارة عن مجموعة من الخدمات التي يمكن أن تساعد مؤسستك على الاستفادة من المزايا التي تقدمها الحوسبة السحابية. مع تطور استراتيجية تقنية المعلومات الخاصة بك يمكن أن تساعدك ميكروسوفت على تعزيز إمكانيات ومجال عمليات استشاراتك التقنية القائمة. يتم تسليم الخدمات عبر الإنترنت عن طريق الاشتراك وعبر الويب.

**بوابة ميكروسوفت الإلكترونية** – إن بوابة ميكروسوفت الإلكترونية عبارة عن أداة عبر الإنترنت لعملاء ترخيص الكميات لإدارة اشتراكات خدمات ميكروسوفت عبر الإنترنت. بمجرد أن تقوم بطلب عروض خدمة عبر الإنترنت تتم إدارتها عن طريق بوابة ميكروسوفت الإلكترونية ستحصل على رابط البوابة الإلكترونية ومزيد من التعليمات لتفعيل خدمتك عبر الإنترنت. سيتم إرسال البريد الإلكتروني الخاص بتفعيل الخدمات عبر الإنترنت والمراسلات اللاحقة له إلى الشخص الذي قمت بتعيينه في تسجيلك لخدمات عبر الإنترنت. من المهام أن تحتفظ ببيانات الاتصال لمدير خدمات الإنترنت الخاص بك لكي تتأكد من أن مؤسستك تتلقى مراسلات خدمات عبر الإنترنت في الوقت المناسب. للمزيد من المعلومات حول عروض خدمة عبر الإنترنت وكذلك أي نسخ تجريبية متاحة برجاء زيارة: http://www.microsoft.com/online/.



Membership No. 25493

---

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١

P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404

E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



عبدفهد السالم للترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

أوفيس ٣٦٥ للتعليم – خطة أ٢ الخاصة بأوفيس ٣٦٥ متاحة لهيئة تدريسك وموظفيك وطلابك بدون أي تكلفة ترخيص إضافية. قم بإضافة الخطة أ٢ لطلابك الميدني للتأهيل المقدم من خلال موزعك. جميع عروض خدمة أوفيس ٣٦٥ متاحة من خلال تسجيلك في المدرسة. وبمجرد أن يقدم موزعك طلباً لهذه الخدمات بالنيابة عنك سيحصل مدير خدماتك عبر الإنترنت على بريد إلكتروني للتفعيل مع تعليمات حول كيفية بدء استخدامك لاشتراكك في الخدمات عبر الإنترنت. إذا كنت تستخدم خدمات ميكروسوفت عبر الإنترنت للمرة الأولى سيتم إشعارك بإنشاء حساب. إذا كان لديك حساب بالفعل على خدمات ميكروسوفت عبر الإنترنت سيتم توجيهك لتسجيل الدخول باستخدام هويتك القائمة لخدمات ميكروسوفت عبر الإنترنت للمحافظة على إعداداتك السابقة. للمزيد من المعلومات حول عروض خدمة أوفيس ٣٦٥ برجاء زيارة http://www.office365.com

فائدة ميزة الطالب – عندما تقوم بترخيص أوفيس ٣٦٥ برويلس ProPlus أو أوفيس بروفيشنال بلس لجميع أعضاء هيئة التدريس لديك أو لجميع موظفيك الدائمين عبر مؤسستك فإنك تصبح مؤهلاً لترخيص أوفيس ٣٦٥ برويلس للطلاب داخل نفس المؤسسة المعرفة بدون أي تكلفة إضافية. قم بطلب أوفيس ٣٦٥ برويلس أ المجاني للطلاب تحت خيار الطالب للحصول على هذه الميزة.

توزيع برامج إلكترونية مجانية لخيار الطلاب. في إطار سعينا الدائم لتقليل تكلفة توزيع الوسائط المادية وإدارة خيار الطالب فإننا الان نقدم توزيع مجاني للبرامج الإلكترونية لاشتراكات خيار الطلاب. إن خيار الطالب طريقة سهلة واقتصادية لك لترخيص المنتجات المختارة لكي يستخدمها طلابك على جهاز مملوك شخصياً أو على جهاز مملوك لمؤسسة ومخصص لاستخدام الطالب الحصري (على سبيل المثال جهاز تم تخصيصه وهو جديد لطالب واحد طوال العام الدراسي). هذه الميزة الجديدة لخيار الطالب توفر طريقة مرنة ومجانية لتسجيل والتحقق من صحة وتوزيع البرامج على الطلاب المؤهلين. إنها تؤتمت جميع خصائص عملية توزيع البرامج وتقدم دعم تفعيل مجاني متعدد اللغات للهاتف والبريد الإلكتروني لجميع المستخدمين النهائيين من الطلاب.

إن توزيع البرامج الإلكتروني متوفر أيضاً لتمكين النشر السهل للبرامج لأغراض العمل من البيت لأعضاء هيئة التدريس والموظفين لديك. فترات الترخيص لا تتأثر بتوزيع البرامج الإلكتروني. حيث يتم منح خيارات توزيع إضافية من خلال خطاب منح تحميل البرامج الإلكترونية المرسل هنا: http://www.microsoftvolumelicensing.com/userights/



ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٠١١ ٤٨٠١٤٠٤
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

**Khaled Fahad AL-SALIM CERTIFIED TRANSLATION**
C.R. 1010437977



خالد فهد السالم للترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

لإنشاء حساب على توزيع البرامج الإلكترونية المجاني لخيار الطالب أو على توزيع البرامج الإلكترونية للعمل من البيت يمكنك التواصل مع كيفوتو kivuto على http://kivuto.com/student-option أو بدلاً من ذلك يمكنك التنسيق مع شريك قناتك الذي يستطيع أن يدير ذلك بالنيابة عنك.

تحديث بيانات اتصالك – إذا لم تكن أنت الشخص الصحيح الذي يجب الاتصال عليه بخصوص الاتفاقية أو التسجيل أو إذا تغير الشخص مسؤول الاتصال أو أي تفاصيل عناوين في المستقبل برجاء التأكد من تحديث شريك قناتك – ملتقى الخدمات المبتكرة Think CSI – بالبيانات الصحيحة. وسيقوم شريك قناتك بدوره بنقل هذه التغييرات إلى ميكروسوفت.

برجاء العلم أنه خلال مدة ترخيصك سنتواصل معك بشكل دوري عن حالة اتفاقية ترخيصك. مرفق ملخص دورة إشعارات ميكروسوفت* الذي يوضح متى ممكن نتوقع أن نتواصل معك خلال مدة تسجيلك. برجاء الاحتفاظ بجميع الإشعارات التي تستلمها منا خلال مدة سريان تسجيلك. وقبل انتهاء تسجيلك قد يُطلب منك تقديم طلب تمديد. هذا الطلب يضمن أن يتم تمديد تسجيلك لمدة سنة أخرى.

للاستفسارات الخاصة بتسجيلك برجاء الاتصال بشريك قناتك الذي سيقوم بالتنسيق مع ميكروسوفت بالنيابة عنك. نشكرك على استخدامك برامج ميكروسوفت ونتطلع للاستمرار في دعم احتياجاتك من البرامج في المستقبل.

وتفضلوا بقبول فائق الاحترام،
عمليات ترخيص الكميات
عمليات ميكروسوفت أيرلندا المحدودة

نسخة إلى    :    ملتقى الخدمات المبتكرة Think CSI        المؤسسة العامة للتدريب التقني والمهني



ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٠١١ ٤٨٠١٤٠٤
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

## ملخص دورة إشعارات ميكروسوفت

| الوقت | المستلم | الغرض | الخطاب |
|---|---|---|---|

عند قبول تسجيل ترخيصك

| الوقت | المستلم | الغرض | الخطاب |
|---|---|---|---|
| ٣+ أيام من قبول التسجيل ومعالجته | مصطفى قادوس | تأكيد قبول اتفاقية ترخيصك، يشمل المعلومات الضرورية لك للاستفادة من تسجيلك | قبول تسجيلك لدى ميكروسوفت (بالبريد الإلكتروني) |
| ١+ يوم من قبول ومعالجة التسجيل | مصطفى قادوس مصطفى قادوس | تزويدك ببيانات التسجيل للموقع الإلكتروني لمركز خدمات ترخيص الكميات، مما يمكنك من الاطلاع على عمليات شرائك للتراخيص على الإنترنت | مرحباً في الموقع الإلكتروني لمركز خدمات ترخيص الكميات (بريد إلكتروني) |
| + ١ يوم من معالجة الطلب | مصطفى قادوس | تأكيد طلبك المبدئي للتراخيص. هذه المعلومات متاحة أيضاً على الموقع الإلكتروني لمركز خدمات ترخيص الكميات | تأكيد الطلب (بريد إلكتروني) |
| + ٣ أيام بعد قبول ومعالجة الطلب | مصطفى قادوس | بيانات التسجيل في اشتراكات شبكة مطور ميكروسوفت (ينطبق فقط إذا تم طلب شبكة مطور ميكروسوفت أثناء مدة الاتفاقية) | مرحباً في اشتراكات شبكة مطور ميكروسوفت (خطاب) |



ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

SCT

خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

أثناء مدة سريان تسجيل ترخيصك

| | | | |
|---|---|---|---|
| قبل ٤٥ يوم من موعدك السنوي | مصطفى قادوس | تذكير بأنك سوف يُطلب منك قريباً تقديم طلبك السنوي | أول إشعار تذكير سنوي من ميكروسوفت (بريد إلكتروني) |
| في موعدك السنوي | مصطفى قادوس | نطلب منك تقديم طلب مراجعة ترخيصك وتعليمات حول كيفية القيام بذلك | ثاني إشعار سنوي من ميكروسوفت (بريد إلكتروني) |
| بعد ٣٠ يوم من موعدك السنوي | مصطفى قادوس | نطلب منك تقديم طلبك السنوي وتعليمات حول كيفية القيام بذلك | ثالث إشعار سنوي من ميكروسوفت (بريد إلكتروني) |
| بعد ٦٠ يوم من موعدك السنوي | مصطفى قادوس | إشعارك بأنه لم يتم استلام طلب سنوي وبأن تسجيلك سيتم إنهائه. إشعار بإزالة تثبيت البرامج | إشعار إنهاء ميكروسوفت (بريد إلكتروني) |
| +١ يوم من معالجة الطلب | مصطفى قادوس | تأكيد طلبات الترخيص المقدمة. هذه المعلومات متاحة أيضاً على الإنترنت على مركز خدمات ترخيص الكميات | إشعار تأكيد طلب ميكروسوفت (بريد إلكتروني) |

عند إنتهاء تسجيل ترخيصك

| | | | |
|---|---|---|---|
| قبل ٦٠ يوم من تاريخ انتهاء تسجيل ترخيصك | مصطفى قادوس | تذكيرك بأن تسجيل ترخيصك قد اقترب من تاريخ انتهائه | فرصتك لتمديد تسجيل ترخيصك (بريد إلكتروني) |
| قبل ٣٠ يوم من تاريخ انتهاء تسجيل ترخيصك | مصطفى قادوس | تذكيرك بأن تسجيل ترخيصك يقترب من تاريخ انتهائه | فرصتك لتمديد تسجيل ترخيصك (بريد إلكتروني) |

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع ... بن عبد العزيز – مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad **AL-SALIM CERTIFIED TRANSLATION**
C.R. 1010437977



غالد هد الســالم للــترجمة المعتمدة
س.ت: ١٠١٠٤٣٧٩٧٧

| بعد ١ يوم من معالجة طلب تمديد التسجيل | مصطفى قادوس | إبلاغك بأن تسجيل ترخيصك قد تم تمديده لمدة سنة | تأكيد طلب تمديد التسجيل |
|---|---|---|---|
| في تاريخ انتهاء تسجيل ترخيصك | مصطفى قادوس | إشعارك بأن تسجيل ترخيصك قد وصل إلى تاريخ انتهائه. إشعار بإزالة تثبيت البرامج | إشعار الانتهاء |

ملخص اتفاقية ترخيص كميات ميكروسوفت

| المؤسسة العامة للتدريب التقني والمهني | | إسم العميل |
|---|---|---|
| المدرسة ٣ | | برنامج ترخيص الكميات |
| مصطفى قادوس | | مسؤول الاتصال الرئيسي |
| مصطفى قادوس | | مسؤول اتصال الإشعارات |
| مصطفى قادوس | | مسؤول اتصال ضمان البرامج |
| شركة ملتقى الخدمات المبتكرة Think CSI | | شريك القناة |
| ٨١٦٦٤٣٦ | | رقم الاتفاقية |
| ٧٤٧٠٧١٥ | | رقم التسجيل |
| ٢٠١٥/٠٥/١٩ | | تاريخ السريان |
| ٢٠١٨/٠٥/٣١ | | تاريخ انتهاء السريان المتوقع |

برجاء التأكد من إبلاغ شريك قناتك – شركة ملتقى الخدمات المبتكرة Think CSI – إذا كانت أي من بيانات الاتصال الواردة أعلاه غير صحيحة.



Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز – مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P. O. Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com    Website : www.sct408.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977



خالد فهد السـالم للـترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

**EXHIBIT 12**

<u>مصطفى قادوس</u>

| من | : | عبدالمنعم مختاري Mounaim.Makhtari@Pearson.com |
| تاريخ الإرسال | : | الجمعة، ١٢ يناير ٢٠١٨        ٤:٣١ م |
| إلى | : | مصطفى قادوس |
| الموضوع | : | الرد على: طلبيات ميكروسوفت لترخيص الكميات (MS VL) السابقة |
| الأهمية | : | عالية |

مرحبا مصطفى؛

للأسف لا يمكننا أن نجد أي طلبيات من هذا الحجم متعلقة بـ Think CSI. وبعد المراجعة مع الفريق المالي لدينا وجدنا طلبيتين فقط بالرقم الموضح للتراخيص وهما للمؤسسة العامة للتدريب التقني والمهني وقد سلمنا تلك التراخيص إلى العميل حسب طلب ميكروسوفت:

| الكمية المطلوبة | إسم العميل | رقم الاتفاقية | تاريخ طلب سيرتيبورت |
|---|---|---|---|
| ١٠٠٠ | المؤسسة العامة للتدريب التقني والمهني | ٧٨٩٢٥٥٣ | ٢٠١٣/٠٦/٢٦ |
| ٢٥٠ | المؤسسة العامة للتدريب التقني والمهني | ٧٤٧٠٧١٥ | ٢٠١٥/٠٥/٢٠ |
| ٢٥٠ | المؤسسة العامة للتدريب التقني والمهني | ٧٤٧٠٧١٥ | ٢٠١٥/١٢/٣١ |

بالمناسبة فإن فحوصات ترخيص كميات ميكروسوفت (MS VL) مقتصرة فقط على المؤسسات التعليمية أو المنظمات الحكومية. وغير مسموح بإعادة بيعها إلى الشركات الخاصة.

مع أطيب التحيات،

د. منعم مختاري



Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ - شارع التخصصي - تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجاري - هاتف: ٤٨٠١٤٠٤ ٠١١
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

Khaled Fahad AL-SALIM CERTIFIED TRANSLATION
C.R. 1010437977

SCT

عالد هد الســـالم للــترجمة المعتمدة
س.ت ١٠١٠٤٣٧٩٧٧

مدير أول المبيعات

أوربا والشرق الأوسط وأفريقيا

سيرتيبورت، مؤسسة تابعة لبيرسون في.يو.إي

١٢٧٦ جنوب ٨٢٠ شرق

الفرع الأمريكي، يو.تى ٨٤٠٠٣

جوال: ٢٣٣ ٣١٥ ٤٨٥ ٤٣٢+

| | | |
|---|---|---|
| من | : | مصطفى قادوس MKadous@thinkcsi.com |
| تاريخ الإرسال | : | الخميس، ١١ يناير ٢٠١٨     ٢:٥٧ م |
| إلى | : | عبدالمنعم مختاري Mounaim.Makhtari@Pearson.com |
| الموضوع | : | طلبيات ميكروسوفت لترخيص الكميات (MS VL) السابقة |

عزيزي منعم،

لقد تناقشت اليوم مناقشة جادة مع مجلس إدارتنا بخصوص الطلبيات السابقة التى قدمناها إلى الفلك (موزع ميكروسوفت) لترخيص كميات ميكروسوفت (MS VL).

ويدعي الفلك أنها سلمت إلينا ١٥٠٠ ترخيص كميات (MS VL) من خلال ميكروسوفت\سيرتيبورت بينما ما يتم تسليمه هو ١٥٠٠ ترخيص كميات (MS VL) إلى المؤسسة العامة للتدريب التقني والمهني وليس إلينا!!

برجاء التوضيح إذا ما كان لدينا التباس حول هذا التسليم وإبلاغنا بمن هو العميل الذي يتم تسليم هاتين الطلبيتين إليه.

نقدر لك سرعة الرد.

وتفضلوا بقبول فائق الاحترام،

مصطفى قادوس



Membership No.
25493

ص.ب ٤٢٧٩ الرياض ١١٤٩١ – شارع التخصصي – تقاطع الأمير سلطان بن عبد العزيز مركز مسرة التجاري – هاتف: ٤٨٠١٤٠٤ ٠١١
P.O.Box 4279 - Riyadh 11491 - Takhassusi St. - Intersection with Prince Sultan St. - Masarra Commercial Center - Tel.: 011 4801404
E-mail : sct48@hotmail.com

## Moustafa Kadous

| | |
|---|---|
| **From:** | Makhtari, Abdelmounaim <Mounaim.Makhtari@Pearson.com> |
| **Sent:** | Friday, January 12, 2018 4:31 PM |
| **To:** | Moustafa Kadous |
| **Subject:** | RE: Microsoft VL previous orders |

**Importance:**    High

Hi Moustafa;

Unfortunately, we cannot find any orders of that size associated with Think CSI. After verification with our finance team, the only two orders we can find with the indicated number of licenses were for TVTC and we have delivered those licenses to the customer as requested by Microsoft:

| Certiport Order Date | Agreement Number | Customer Name | Ordered Qty |
|---|---|---|---|
| 06/26/2013 | 7892553 | Technical and Vocational Training Corporation (TVTC) | 1000 |
| 05/20/2015 | 7470715 | TECHNICAL AND VOCATIONAL TRAINING CORPORATION (TVTC) | 250 |
| 12/31/2015 | 7470715 | TECHNICAL AND VOCATIONAL TRAINING CORPORATION (TVTC) | 250 |

By the way, Microsoft Volume Licensing exams are only for educational institutions or governmental organizations. They are not for resale to private companies.

**Mounaim MAKHTARI (PhD)**
Sr. Director of Sales
Europe Middle East and Africa

Certiport, a Pearson VUE Business
1276 South 820 East
American Fork, UT 84003 USA
M: +32 485 315 233

Learn Practice Certify
Learn more at certiport.com


Pearson
VUE

**From:** Moustafa Kadous [mailto:MKadous@thinkcsi.com]
**Sent:** Thursday, January 11, 2018 2:57 PM
**To:** Makhtari, Abdelmounaim <Mounaim.Makhtari@Pearson.com>
**Subject:** Microsoft VL previous orders

Dear Mounaim



1

I had a serious discussion today with our board regarding the previous orders we placed to Al Falak (Microsoft Distributor) for Microsoft Volume License.

Al Falak claims that they delivered to us 1500 VL through Microsoft/Certiport while what is being delivered is 1500 VL to TVTC not to us!!

Please clarify if we have confusion about that delivery and let us know to which customer these 2 orders are being delivered.

Appreciate your prompt reply.

Sincerely,

Moustafa Kadous



2

-------- Original message --------
From: Microsoft Volume Licensing Services <msvlop@microsoft.com>
Date:2015/05/22 3:03 PM (GMT+03:00)
To: moustafa@kadousonline.com, moustafa@kadousonline.com
Cc: abastami@thinkcsi.com, moustafa@kadousonline.com, moustafa@kadousonline.com
Subject: School 3 Welcome Acceptance Letter - Enrollment Number 7470715{~87645233:1~}

2015-05-22

Moustafa Kadous
Technical and Vocational Training Corporation (TVTC)
Omar bin alkhatab Street
Riyadh, 11472
Saudi Arabia

Customer Agreement Number: 8166436
Customer Enrollment Number: 7470715

Dear Moustafa Kadous,

Acceptance of your Microsoft School Subscription Enrollment 7470715

Thank you for selecting the Microsoft Campus and School Agreement ("Agreement") and the School Subscription Enrollment ("Enrollment") for your organization. We hope that you will find it a cost-effective solution for managing your organization's software needs. Based on your Enrollment period record, your effective date is 2015-05-19 and your expected end date is 2018-05-31.

The purpose of this letter is to advise you that your Agreement and Enrollment have now been accepted and processed by Microsoft. Please find below a brief introduction to various aspects of your Agreement and Enrollment, all of which are designed to help you manage your software licenses during the course of your Enrollment. Please refer to Microsoft Notification Lifecycle Summary for your Enrollment details and terms.

Microsoft Volume Licensing Service Center (VLSC) Web site. The Microsoft Volume Licensing Service Center (VLSC) is an online tool that makes it easy for you to manage Microsoft Volume Licensing program agreements, download licensed products, and access volume license keys - all in one place. The VLSC offers key benefits for licensed software management including:

• Reporting. View current and historical reporting across programs and agreements that includes key dates, contact information, order confirmations, and your license summary.

1



- **Product Downloads.** Download software through a simple, secure user interface. VLSC makes it easy for you to find the right product, based on your licensing entitlements.

**Volume Licensing Product Keys (VLKs)** - In order to ensure our customers are receiving the genuine, quality products that they expect, we have introduced Product Activation technology on certain Microsoft products. In order to install these products you will require Volume Licensing Product Keys (VLKs). These VLKs are issued to your organization for your exclusive use. Your VLKs are available to you when you log into the Microsoft Volume Licensing Service Center (VLSC) web site and click on the "Volume License Keys" link.

**DreamSpark Subscription** - With this Enrollment, you are also entitled to a free online subscription of DreamSpark that may be used for instructional use only across your organization. DreamSpark enables you to outfit your labs or classrooms with the latest Microsoft developer, design, and server tools to support personal or in-class learning for your students and educators. Software acquired through the DreamSpark subscription may be used for instructional purposes only and may not be used for commercial purposes or for institution's production use. To activate your free membership, please go to: http://www.dreamspark.com/institution/Subscription.aspx and enter the promotion code EMSA3 when asked for a promotion code. This promotion code entitles your institution to the DreamSpark (Electronic Software Delivery) subscription level at no cost.

Qualifying higher education departments that have a core focus in Science, Technology, Engineering, or Math (STEM) may also qualify for DreamSpark Premium, an online subscription that offers a more comprehensive list of developer tools for instructional use. If you are a qualifying STEM department in a higher education institution, you may activate your free membership by going to http://www.dreamspark.com/institution/Subscription.aspx and enter the promotion code DSPESA3. This promotion code entitles your STEM department to the DreamSpark Premium (Electronic Software Delivery) subscription level at no cost.

**Software Assurance** - Software Assurance makes it easier for your organization to provide faculty and staff access to Microsoft software, training and support, while simplifying procurement and record-keeping processes. To review your organization's Software Assurance benefits, simply log on to VLSC where details of your benefits are displayed. Please be aware that to utilize your benefits, you will need to activate the individual Software Assurance entitlements online via VLSC.

**Online Services** - Online Services are a set of services that can help your organization take advantage of the benefits that in-the-cloud computing has to offer. As your IT strategy evolves, Microsoft can help you extend the capabilities and functionality of your existing technology investments. Online Services are delivered via subscription and over the web.

**Microsoft Online Portal** - The Microsoft Online Portal is an online tool for Volume Licensing customers to manage their Microsoft Online Services subscriptions. Once you have ordered Online Service offerings managed via the Microsoft Online Portal, you will receive the portal link and further instructions for activating your Online Service. The Online Services activation email and subsequent communications will be sent to the person you have designated in your enrollment as the Online Services Manager. It is important that you keep the contact information for your Online Services Manager current to ensure your institution receives Online Services communications in a timely manner. For more information about these Online Service offerings, as well as any available trials, visit: http://www.microsoft.com/online/.

**Office 365 for Education** - The Office 365 plan A2 is available to your faculty, staff and students at no additional licensing cost. Simply add plan A2 to your qualifying initial order placed through your reseller. All Office 365 service offerings are available through your School Enrollment. Once your reseller places an

order for these services on your behalf, your Online Services Manager will receive an activation email with instructions for how to start using your Online Services subscription. If you are using Microsoft Online Services for the first time, you will be prompted to "sign up" and create an account. If you already have a Microsoft Online Services account, you will be directed to "sign in" using your existing Microsoft Online Services ID to retain your previous settings. For more information about the Office 365 service offerings, please visit http://www.office365.com.

**Student Advantage Benefit** - When you license Office 365 ProPlus or Office Professional Plus for all of your faculty/staff FTE employees organization-wide, you are eligible to license Office 365 ProPlus for students within the same defined organization at no additional charge. Order the no-cost Office 365 ProPlus A for Students under the Student Option to receive this benefit.

**Free Electronic Software Distribution for Student Option.** In our continued effort to reduce the cost of physical media distribution and Student Option administration, we now offer free Electronic Software Distribution (ESD) for student option subscriptions. Student Option is a convenient and cost-effective way for you to license selected products for use by your students on a personally owned device or an institution-owned device assigned to the student's exclusive use (for example, a device checked out to a student for the school year). This new benefit of Student Option provides a flexible, no cost method for recording, verifying, and distributing software to qualifying students. It automates all aspects of the software distribution process and provides toll-free, multi-lingual phone and email activation support to all student end users.

Electronic Software Distribution is also available to enable easy deployment of software for Work at Home purposes to your faculty and staff. Licensing terms are not impacted by ESD. Additional distribution options are granted through the Electronic Software Download Grant Letter posted here:
https://www.microsoftvolumelicensing.com/DocumentSearch.aspx

To sign up for free ESD for Student Option or for ESD for WAH, you can contact Kivuto at http://kivuto.com/student-option or alternatively work with your channel partner who can manage this on your behalf.

**Update your contact information** - If you are not the correct person to contact regarding the Agreement or Enrollment, or should the contact person or any of the address details change in the future, please ensure to update your channel partner - Think CSI - with the correct details. Your channel partner will in turn communicate these changes to Microsoft.

Please note, during your licensing term, we will be contacting you periodically about the status of your licensing agreement. Enclosed is a 'Microsoft Notification Lifecycle Summary' that explains when you can expect to hear from us during the term of your Enrollment. Please retain all notifications you receive from us through the lifecycle of your Enrollment. Prior to the expiration of the Enrollment, you may be asked to submit an extension order. This order ensures that your Enrollment will be extended for another year.

For questions regarding your enrollment, please contact your channel partner who will work with Microsoft on your behalf. We thank you for using Microsoft software, and we look forward to continuing to support your software needs in the future.

Yours sincerely,
Volume Licensing Operations
Microsoft Ireland Operations Limited

Cc: Think CSI Technical and Vocational Training Corporation (TVTC)

3



Microsoft Notification Lifecycle Summary

| Letter | Purpose | Recipient | Time |
|---|---|---|---|
| On Acceptance of your Licensing Enrollment | | | |
| Acceptance of your Microsoft Enrollment (email) | Confirmation of acceptance of your Licensing Agreement. Includes information necessary for you to benefit from your Enrollment | Moustafa Kadous | +3 days from enrollment acceptance and processing |
| Welcome to the Volume Licensing Services Centre (VLSC) web site (email) | Provides you with registration details for the VLSC web site, allowing you to view your licensing purchases online | Moustafa Kadous Moustafa Kadous | +1 day from enrollment acceptance and processing |
| Order Confirmation (email) | Confirmation of your initial order of licenses. This information is also available on the VLSC website | Moustafa Kadous | +1 day from order processing |
| Welcome to Microsoft Developer Network (MSDN) Subscriptions (letter) | Registration details for MSDN Subscriptions (only applicable if MSDN is ordered during the term of the agreement) | Moustafa Kadous | + 3 days after order acceptance and processing |
| During the Lifecycle of your Licensing Enrollment | | | |
| First Microsoft Anniversary Reminder Notification (email) | Reminder that you will soon be required to submit your anniversary order | Moustafa Kadous | 45 days prior to your anniversary date |
| Second Microsoft Anniversary Notification (email) | Request for you to submit your license review order and instructions on how to do so | Moustafa Kadous | On your anniversary date |
| Third Microsoft Anniversary Notification (email) | Request for you to submit your anniversary order and instructions on how to do so | Moustafa Kadous | 30 days after your anniversary date |
| Microsoft Termination Notification (email) | To advise you that an anniversary order has not been received and your enrollment will be ended. Notification to deinstall software. | Moustafa Kadous | 60 days after your anniversary date |

| | | | |
|---|---|---|---|
| Microsoft Order Confirmation Notification (email) | Confirmation of license orders submitted. This information is also available online on VLSC. | Moustafa Kadous | +1 day from order processing |

<p align="center">End of your Licensing Enrollment</p>

| | | | |
|---|---|---|---|
| Your Opportunity to extend your Licensing enrollment (email) | To remind you that your Licensing enrollment is approaching its end date | Moustafa Kadous | 60 days prior to the expiry date of your Licensing Enrollment |
| Your Opportunity to extend your Licensing enrollment (email) | To remind you that your Licensing enrollment is approaching its end date | Moustafa Kadous | 30 days prior to the expiry date of your Licensing Enrollment |
| Confirmation of Enrollment Extension Request | To inform you that your Licensing enrollment is extended by one year | Moustafa Kadous | 1 day from processing of enrollment extension request |
| Expiration notification | To advise you that your Licensing enrollment has reached its end date. Notification to deinstall software | Moustafa Kadous | On the expiration date of your Licensing Enrollment |

<p align="center">Microsoft Volume License Agreement Summary</p>

| | |
|---|---|
| Customer Name | Technical and Vocational Training Corporation (TVTC) |
| Volume Licensing Program | School 3 |
| Primary Contact | Moustafa Kadous |
| Notices Contact | Moustafa Kadous |
| Software Assurance Contact | Moustafa Kadous |
| Channel Partner | Think CSI |
| Agreement Number | 8166436 |
| Enrollment Number | 7470715 |
| Effective Date | 2015-05-19 |
| Expected Effective End Date | 2018-05-31 |

Please ensure to inform your Channel Partner - Think CSI - should any of the contact details above be incorrect.

