UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONSORTIUM OF SERVICES INNOVATION A/K/A CSI,<br><br>               Plaintiff,<br>   v.<br><br>MICROSOFT CORPORATION,<br><br>               Defendant. | CASE NO. C19-0750-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation to extend Defendant's time to respond to Plaintiff's complaint (Dkt. No. 13). The motion is GRANTED. Defendant's deadline to respond to Plaintiff's complaint is EXTENDED to July 12, 2019.

DATED this 3rd day of July 2019.

                                        William M. McCool
                                        Clerk of Court

                                        s/Tomas Hernandez
                                        Deputy Clerk