THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONSORTIUM OF SERVICES INNOVATION A/K/A CSI,<br><br>     Plaintiff,<br> v.<br><br>MICROSOFT CORPORATION,<br><br>     Defendant. | CASE NO. C19-0750-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion regarding Plaintiff's first amended complaint and Defendant's motion to dismiss (Dkt. No. 18). The motion is GRANTED. Pursuant to Federal Rule of Civil Procedure 15(a)(1)(B), Plaintiff's motion to amend complaint (Dkt. No. 16) is GRANTED. Plaintiff shall file the proposed amended complaint (Dkt. No. 16-2) by August 13, 2019. Defendant's motion to dismiss (Dkt. No. 15) is DENIED without prejudice as moot. Defendant shall file its response to Plaintiff's amended complaint by August 30, 2019.

//

//

MINUTE ORDER
C19-0750-JCC
PAGE - 1

1      DATED this 12th day of August 2019.

2                                       William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C19-0750-JCC
PAGE - 2