UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONSORTIUM OF SERVICES INNOVATION A/K/A/ CSI,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | CASE NO. 2:19-cv-00750-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. The status conference currently set for October 29, 2019 is hereby VACATED. The parties shall appear for a status conference in this matter on November 26, 2019 at 9:00 a.m.

DATED this 28th day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk